Philip J. Kearney - 114978
  Pkearney@mpbf.com
Thomas P. Mazzucco - 139758
  TMazzucco@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA 94104-1001
Telephone:   (415) 788-1900
Facsimile:   (415) 393-8087

Attorneys for Defendant
BERNARD CURRAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>RODRIGO SANTOS,<br><br>           Defendant. | No. 21-CR-00268-SI<br><br>**NOTICE OF CONCURRENCE IN RELATED CASE MOTION** |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>RODRIGO SANTOS and BERNARD CURRAN,<br><br>           Defendants. | No. 21-CR-00453-VC-1, AND<br>       21-CR-00453-VC-2<br><br><br>**[CRIM. LOCAL RULE 8-1]** |

Pursuant to Local Rule 8-1, Defendant Bernard Curran ("Defendant"), by and through undersigned counsel, hereby gives notice of his concurrence in Co-Defendant Rodrigo Santos's *Notice of Related Case In A Criminal Action* ("Notice"). (Doc. 17). For the reasons given in the Notice, Defendant believes based on the degree of factual and legal overlap between the above-named matters that they should be formally related, with the newer matter (21-CR-00453 VC-1 & 2) being related to

the older matter (21-CR-00268-SI). Defendant believes this relation will save substantial duplication of effort and expense as the alleged misconduct in both cases stems from the same City of San Francisco Department of Building Inspection permitting process.

Dated: December 17, 2021

                                      Respectfully submitted,

                                      MURPHY, PEARSON, BRADLEY & FEENEY

                                      By  /s/ Philip J. Kearney
                                          Philip J. Kearney
                                          Thomas P. Mazzucco
                                          Attorneys for Defendant
                                          BERNARD CURRAN

PJK.4118911.docx