Randall Knox, State Bar No. 113166
870 Market Street, Suite 820
San Francisco, CA 94102
(415) 765-7500
randallknoxlaw@gmail.com

Attorney for Rodrigo Santos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

RODRIGO SANTOS,

   Defendant.

}
}
}
}
}
}
}
}
}
}
}
}
}
}

Nos. 21CR00268-001 SI
  21CR00453-001 SI
  22CR00345-001 SI

**DEFENDANT'S
SENTENCING
MEMORANDUM EXHIBITS**

Date: August 25, 2023
Time: 11:30 a.m.
Hon. Susan Illston

# EXHIBITS
# part 1

Randall Knox, State Bar No. 113166
870 Market Street, Suite 820
San Francisco, CA 94102
(415) 765-7500
randallknoxlaw@gmail.com

Attorney for Rodrigo Santos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGO SANTOS,<br><br>Defendant. | } Nos. 21CR00268-001 SI<br>}     21CR00453-001 SI<br>}     22CR00345-001 SI<br>}<br>}<br>} **DEFENDANT'S**<br>} **SENTENCING**<br>} **MEMORANDUM EXHIBITS**<br>}<br>} Date: August 25, 2023<br>} Time: 11:30 a.m.<br>} Hon. Susan Illston<br>}<br>}<br>} |

# EXHIBIT 1

# The Leland Stanford Junior University

to all to whom these Letters shall come Greeting

The Trustees and Faculty of the University, by virtue of the authority vested in them, have conferred on

## Rodrigo Santos

who has satisfactorily pursued the Studies and passed the Examinations required therefor the Degree of

## Master of Science

with all the Rights Privileges and Honors thereunto appertaining Given at Stanford University in the State of California on the Seventh Day of January in the Year One Thousand Nine Hundred and Eighty-Two the Two Hundred-Sixth Year of the Republic and the Ninety-First Academic Year of the University.

President of the University

President of the Board of Trustees

Civil Engineering

STATE OF CALIFORNIA
DEPARTMENT OF
**Consumer Affairs**



# STATE BOARD OF REGISTRATION
# FOR PROFESSIONAL ENGINEERS



### THIS IS TO CERTIFY THAT PURSUANT
### TO THE PROVISIONS OF CHAPTER 7, DIVISION 3, OF THE BUSINESS AND PROFESSIONS CODE

#### IS DULY REGISTERED AS A

# PROFESSIONAL ENGINEER
### IN

## CIVIL ENGINEERING

#### IN THE STATE OF CALIFORNIA, AND IS ENTITLED TO ALL THE RIGHTS AND
#### PRIVILEGES CONFERRED IN SAID CODE

#### WITNESS OUR HAND AND SEAL

CERTIFICATE No. *37153*

THIS *22* DAY OF *July* *1983*

#### STATE BOARD OF REGISTRATION
#### FOR PROFESSIONAL ENGINEERS

_____
SECRETARY

_____
PRESIDENT

# STATE BOARD OF REGISTRATION
# FOR PROFESSIONAL ENGINEERS
# AND LAND SURVEYORS

STATE OF CALIFORNIA
DEPARTMENT OF





### THIS IS TO CERTIFY THAT PURSUANT
### TO THE PROVISIONS OF CHAPTER 7, DIVISION 3 OF THE BUSINESS AND PROFESSIONS CODE

*Rodrigo Santos*

### IS DULY AUTHORIZED TO USE THE TITLE

*Structural Engineer*

### IN THE STATE OF CALIFORNIA, AND IS ENTITLED TO ALL THE RIGHTS AND
### PRIVILEGES CONFERRED IN SAID CODE

**WITNESS OUR HAND AND SEAL**

CERTIFICATE NO.

THIS    DAY OF    February 1987

STATE BOARD OF REGISTRATION
FOR PROFESSIONAL ENGINEERS
AND LAND SURVEYORS





EXECUTIVE OFFICER        PRESIDENT



# Certificate of Honor

**BUILDING INSPECTION COMMISSION**
CITY AND COUNTY OF SAN FRANCISCO

The Building Inspection Commission of the City and County
of San Francisco hereby issues and authorizes the execution of,
this Certificate of Honor in appreciative public recognition of
distinction and merit for outstanding service to the people of the
City and County of San Francisco by:

### RODRIGO SANTOS

In recognition for your outstanding and dedicated service as a
Structural Engineer on the Building Inspection Commission,
having served as Commissioner from January 2000 to February
2004, and as President from March 2004 to January 2005.
Your many years of generous personal involvement and service
was a tremendous contribution to the Department of Building
Inspection and the citizens of the City and County of
San Francisco. Your willingness to go the extra mile and
your superior service is gratefully appreciated.

*Ephraim Hirsch, President*
San Francisco Building Inspection Commission
June 20, 2005

CALIFORNIA LEGISLATURE

## CERTIFICATE OF RECOGNITION

# RODRIGO SANTOS
## MISSION LANGUAGE VOCATIONAL SCHOOL
### 2008 ENTREPRENEUTRAL HONOREE

*Honoring outstanding commitment and contributions to influencing public policy through education and advocacy, while continuing to promote education programs for all, thereby benefiting all the people of the City & County of San Francisco and the State of California.*



*Assemblywoman*
*Fiona Ma* 世雲馬
Majority Whip
Presented on November 6, 2008

# CALIFORNIA LEGISLATURE

## CERTIFICATE OF RECOGNITION

# Rodrigo Santos

### Principal Engineer, Santos & Urrutia

*Congratulations on being honored with the 2008 Entrepreneurial Award from Mission Language and Vocational School. I commend your commitment and dedication to creating a positive future for the Latino community. It is through the success and positive example of individuals such as you that lives are changed and the future shines brighter for all. Congratulations and thank you for all you do!*

**MARK LENO**
*Assemblyman, 13th District*
*November 6th, 2008*



# Certificate of Honor

## City and County of San Francisco
### Office of the Assessor-Recorder

*The Office of Assessor-Recorder of the City and County of San Francisco hereby issues and authorizes the execution of the Certificate of Honor in appreciative public recognition of distinction and merit for outstanding service to a significant portion of the people of the City and County of San Francisco by:*

# Rodrigo Santos

On the auspicious occasion of the 2008 Mission Language and Vocational School 40th Anniversary Celebration and Awards Dinner, I am pleased to congratulate Rodrigo Santos on receiving the Entrepreneurial Award. In honor of this achievement, The Office of the Assessor-Recorder conveys its highest appreciation and extends best wishes on all future endeavors.

*Phil Ting*
*Assessor-Recorder of San Francisco*
*November 6, 2008*



# Certificate of Honor

## BOARD OF SUPERVISORS
### City and County of San Francisco

*The Board of Supervisors of the City and County of San Francisco hereby issues, and authorizes the execution of, this Certificate of Honor in appreciative public recognition of distinction and merit for outstanding service to a significant portion of the people of the City and County of San Francisco by:*

## Rodrigo Santos

*For his service as a Structural Engineer innovator who has demonstrated a commitment in educating the youth of San Francisco.*

**Supervisor David Campos**
May 4, 2012





December 14, 2016

Mr. Rodrigo Santos
Santos & Urrutia, Inc.
2451 Harrison Street
San Francisco, CA 94110

Dear Mr. Santos,

On behalf of the Office of Economic and Workforce Development and the City of San Francisco, we are delighted that you have accepted our invitation to become a member of our Workforce Investment San Francisco (WISF) board, and it is my pleasure to appoint you to the WISF for a two-year term ending January 31, 2019.

The WISF board is an integral policy and oversight committee that sets the direction for the City's workforce system. Workforce issues are at the crux of the San Francisco's vitality— economic prosperity hinges on the ability of business to find qualified workers, and its residents ability to secure good jobs.

**As a board member of WISF, you will have the opportunity to directly impact and design how San Francisco cultivates its workforce – meeting the labor needs of business while expanding employment opportunity for residents.** You will be some of the first to know about our local policy and training efforts and most importantly, you will provide leadership in developing a strong and vital partnership between businesses, education, community-based organizations, and City agencies.

Thank you for serving the City and County of San Francisco in this important capacity.

Sincerely,

Edwin M. Lee
Mayor

**OFFICE OF THE MAYOR**
SAN FRANCISCO



**EDWIN M. LEE**
MAYOR

August 21, 2012

Mr. Rodrigo Santos
118 Chattanooga Street
San Francisco, CA 94114

Dear Mr. Santos,

It is my great pleasure to appoint you to the San Francisco City College Board of Trustees pursuant to Section 13.101.5 of the Charter of the City and County of San Francisco. This appointment is effective today, August 21, 2012.

Your leadership as member of this Board will provide you the opportunity to serve the citizens of San Francisco in a meaningful and lasting manner.

Thank you in advance for serving the City and County of San Francisco in this important capacity.

Sincerely,

Edwin M. Lee
Mayor

CITY HALL, ROOM 200
1 DR. CARLTON B. GOODLETT PLACE
SAN FRANCISCO, CALIFORNIA 94102-4681
(415) 554-6141
(415) 554-6160 FAX
*RECYCLED PAPER*

Randall Knox, State Bar No. 113166
870 Market Street, Suite 820
San Francisco, CA 94102
(415) 765-7500
randallknoxlaw@gmail.com

Attorney for Rodrigo Santos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br><br>v.<br><br><br><br>RODRIGO SANTOS,<br><br>    Defendant. | } Nos. 21CR00268-001 SI<br>}     21CR00453-001 SI<br>}     22CR00345-001 SI<br>}<br>}<br>} **DEFENDANT'S**<br>} **SENTENCING**<br>} **MEMORANDUM EXHIBITS**<br>}<br>} Date: August 25, 2023<br>} Time: 11:30 a.m.<br>} Hon. Susan Illston<br>}<br>} |

# EXHIBIT 2

| Letters of Support |
|---|
| Tom and Ellen Abels |
| Charles Adams |
| Sheila Ash |
| Bruce Bauman |
| E. Brady |
| David Buckley |
| Arten Chan |
| Juan Cordevez |
| Maria Jose Cordevez |
| Colleen Cotter |
| Don David |
| Carlota del Portillo |
| Howard Fallon |
| Kathryn Gaehwiler |
| Martin Gaehwiler |
| Peter Glikshtern |
| Danny Haber |
| Tina Hall |
| George Hauser |
| Henry Karnilowicz |
| Ingmar Kauffeldt |
| Bernd Koepke |
| Jeffrey Labahn |
| Ronald Mallia |
| Robert McCum |
| Paul Means |
| Edward Morris |
| James Nunemacher |
| Luke O'Brien |
| Kevin O'Connor |
| Mark Perl |
| Juan Santos Ploog |
| Vince Rinaldi |
| Alexander Santos |
| Bernardo Cordevez Santos |
| Jeannette Santos |
| Rene Santos |
| Virginia Santos |
| Suhiel Shatara |
| James Stavoy |
| Frank Stonich |
| Jose Trejo and Luzmaritza Suarez |
| Jill Wynns |
| Fouzia Zaheer |
| Irving Zaretsky |

Thomas and Ellen Abels
116 Chattanooga Street
San Francisco , California 94114
tomellenabels@gmail.com

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Dear Judge Illston,

We are writing to you on behalf of Rodrigo Santos, as neighbor, friend and professional colleague.
We share with him and his family the desire to place his legal problems behind him so that we can all proceed into a productive future.

We have been direct neighbors of the Santos family for over 30 years, including the challenging teen years on both sides of the fence. Based on countless anecdotes we have concluded that we are among the luckiest and most grateful residents of San Francisco. We thank them for being such wonderful neighbors.

My professional relationship as a practicing architect (retired) with Rodrigo, a brilliant structural engineer, has been informal, over-the-fence, but has kept me fully informed of current construction issues and events in San Francisco and around the world. His knowledge of related current affairs is astounding and entertaining.

Due to my admiration of Rodrigo's skills and imagination I have occasionally taken the opportunity to recommend him to my friends and colleagues for structural engineering services.

I have discussed with Rodrigo his current legal situation, during which time he has expressed his remorse, interest in restitution and desperate desire to move on with his career. Throughout this difficult period he has continued his work with diligence, to the benefit of his family and clients as well as the City and County of San Francisco.

We wish him and his family well during and after this current phase of his life.

With respect,

Tom and Ellen Abels

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston:

Both as a project manager and as a business owner, I have worked with Rodrigo Santos for 18 years. We have worked with him as the structural engineer of record on renewable energy projects in 16 counties all over California as well as on a federal project for the Department of Energy. I understand that Rodrigo has pled guilty to charges and this letter makes no comment on those charges.

Rodrigo Santos is widely valued as an accomplished structural engineer. The projects I've engaged his firm's services on range in location from Palm Desert to Walnut Creek. His working knowledge of building construction, regulations, communication requirements, and structural analysis has been recognized as proficient by a wide range of reviewing authorities. His evaluations have been comprehensive and thorough on these projects.

Many of these projects were high profile in their communities —such as solar modules on Macy *s or the Department of Energy headquarters in Washington D.C. As a result, these projects received a very high level of engineering scrutiny and review. Many of these jobs also included the implementation of new structural product development, therefore requiring Rodrigo's firm to act as an intermediary between product engineering and building officials for various jurisdictions. We have always been able to trust Rodrigo's abilities to be thorough and professional, presenting himself as an exceptional engineer to peers. Along the way, his firm created a lot of jobs and developed numerous engineers who have gone on to establish significant careers, both public and private.

I consider myself an environmentally minded project manager attempting to develop technologies to solve problems that I find to be important for society. Towards that end, Rodrigo Santos has been a helpful and trustworthy businessman and structural engineer. I hope that he can continue to benefit society with his engineering background once he has resolved matters before the court. Thank you.

Charles Adams
2517 Otis Drive

Alameda CA 94501

Dear Honorable Susan Illston,

I have know Rodrigo Santos for 20 years. He lives in my neighborhood. He has always been courteous, kind and genuine. He always asked about my children and I asked about his brother , who has many challenges. I am deeply sorry for his predicament. He has made mistakes, but I still see a good human being When I consulted him about solar energy , he took the time to check out my property and gave me an assessment without charging me. I hope people see the good in him and not be blinded by his mistakes.

Thank you for your time.


Sheila Ash



**Bruce D. Baumann**
**Baumann Family Properties**
395 Biscayne Dr
San Rafael, Ca. 94901
Tel (415) 551-7884
Fax (415) 520-0454
bruce@baumannassociates.com

June 29, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    Rodrigo Santos

Dear Judge Illston:

This letter is respectfully submitted in support of my longtime friend and colleague Rodrigo Santos. This is an unbelievably difficult letter to compose, I assure you it comes directly from the heart.

Rodrigo Santos has provided engineering services for general building contractors and developers. He has provided engineering services for our family properties and most recently for a condo renovation in Sonoma and soft story upgrades and deck remodels for several apartment buildings in San Francisco.

Rodrigo and I worked on many of the same construction projects in San Francisco for more than three decades where he was the engineer of record and I was the owner's representative and permit consultant. He was often selected by owners to provide engineering plans for my father's architectural designs. I would estimate that over the years we collaborated on well over a hundred new buildings. It was always a pleasure to have Rodrigo as a member of the design team. His designs were clean, simple and supportive of the overall design intent.

Rodrigo has many good qualities; he was always a team player. He was an advocate for the client and worked together with the entire consultant team through completion of every project. During the later part of my father's career, which lasted over 6 decades, Rodrigo was a friend and unselfishly came to my father's aid if needed.

When Rodrigo presided over the Building Inspection Commission, never once did I feel that there was any conflict whatsoever. He kept the projects and his public position separate.

A family friend asked for a part time position in Rodrigo's firm during school break, Rodrigo hired him without any hesitation. That kid wound up becoming a Structural Engineer and now works for a highly respected, world-renowned engineering firm.

I supported Rodrigo when he ran for the community college board, as an alumni of CCSF, I believed he would have brought a non-partisan, non-political prospective to the board. I was sorry he lost

Over the years I recommended Rodrigo to many clients, I have never regretted those recommendations. Once these legal issues are behind him, I would recommend him again.

I believe it is important when deciding Rodrigos future to take into consideration all aspects of his personal and professional life.

Respectfully submitted,

Bruce D. Baumann

ACON Group
731 Bryant St
San Francisco
CA 94107
July 15th '23

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Ave
San Francisco
CA 94102

Re: Mr. Rodrigo Santos

Dear Judge Illston,

        Respectfully, I write these lines for your consideration in support of Rodrigo Santos.

As both a General Contractor and an employee, I have worked on projects conducted by Mr. Santos, always finding Mr. Santos to be of the highest moral character, extremely knowledgeable and of exceptional professionalism in his duties.

Therefore, it was to my great shock and surprise in learning of the allegations to which Mr. Santos has plead. Having known Mr. Santos in a professional capacity I find this conduct to be utterly uncharacteristic. However, one immediately notices Mr. Santos' willingness to bear responsibility for his actions and cooperate, exhibiting what I have come to know as the true nature of his character even in a time of personal turmoil.

Dan Pearce in his 2011 publication *Single Dad Laughing* comments "I will never have greater respect than for the man that realizes he was wrong and graciously admits it without a single excuse". With these lines in mind, respectfully I urge the court to consider the long history of competence and integrity that Mr. Santos brought to the construction industry in San Francisco.

Sincerely,

E. Brady

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1,17 th floor
450 Golden Gate Ave
San Francisco,ca 94102

Dear judge Illston,

my name is David Buckley,I am a resident of San Francisco for over 30 years. I have worked in the construction industry where I have come to know Mr Santos for most of that time and as a result of these charges leveled at him ,I feel the need to speak up.
   I have had the fortune of dealing with mr Santos and to a lesser extent,with his son for many years because of his engineering and business acumen,his knowledge,his calm and pleasant demeanor is an asset to me and anyone else in my position.He has over the years been a mentor and later a friend whom I and many more in the industry have come to rely on. I also want you to know that my confidence in him is such that I have signed him up for a new contract in San Francisco and would have no issues with recommending him on to new clients.
   I'm writing this note to you ,not just for my own selfish professional needs but to show you who he is and what he has to give to our community.I want to thank you for this opportunity to write this,to be honest,I've never done anything like this but I need to step up for someone whom I have great respect and admiration for.
   If you have any questions,pls feel free to email me and I will contact you as I'm currently out of the country.

Sincerely,

David Buckley.

Arten Chan
Po Box 1476
Millbrae, California 94030
chanarten@gmail.com
07-02-2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17 th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Character Reference for Rodrigo Santos

Dear Judge Illston ,

I am writing this letter to provide a character reference for Rodrigo Santos and I have known Rodrigo for five years.

Currently, I am civil engineering graduate student and as an aspiring engineer, I have had the opportunity to interact closely with Rodridgo. Based on my personal experince, I can attest to Rodrigo's exceptional kindness and positive contributions to the engineering community.

Rodrigo's role as a mentor has been exemplary. Not only Rodrigo provides internship opportunities for students during the summer, Rodrigo offers them valuable hands-on experience in the field. This practical exposure allows students to apply their theoretical knowledge in a real-world setting and the experience is not always offered at other engineering firms.

By sharing engineering experiences during coffee breaks, Rodrigo creates an environment for students and trainees to engage in conversations. The conversations would usually consists of daily San Francisco news, updates to the building code, or any past engineering stories he would share. These interactions can be incredibly valuable, as students have the opportunity to learn from Rodrigo's experiences, ask questions, and seek advice on their career paths. I remember one important saying Rodrigo shared: being a civil engineer is not just all about making money, but is to serve and create safe buildings with your knowledge for the public.

Additionally, by teaching students how to become an engineer, Rodrigo is providing them with guidance and support throughout their educational journey. He likely shares information about relevant courses, certifications, and skills necessary for success in the engineering field.

Rodrigo's guidance can help students make informed decisions about their academic and professional pursuits, allowing them to chart a clear path towards their engineering goals. Rodrigo's commitment to mentoring students not only convey technical knowledge but also enhances essential skills such as teamwork, effective communication and problem solving. By supporting these skills, Rodrigo is helping students develop a well-rounded foundation that will serve them well in their future engineering careers.

Overall, I respectfully request that you consider this character reference in your consideration. Rodrigo Santos is a person of good integrity and kindness. In his entire career as an engineer, Rodrigo accomplished a structural engineering license by the state of California, being the President of the San Francisco Building Inspection Commission and a graduate from Stanford University. I strongly believe he has learned from his mistakes and will use this experience to become an even better individual. I appreciate your time and consideration. Thank you.

Sincerely,

Arten Chan

The Honorable Susan Illston

Senior United States District Judge

Courtroom 1, 17th Floor

450 Golden Gate Avenue

San Francisco, CA 94102

Dear Judge Illston:

My name is Juan Cordovez, and as Rodrigo Santos' nephew I write to you today to share who I know Rodrigo to be, and describe how his kindness and support for my family is the sole reason I am alive and living the American Dream. I am aware and fully recognize the charges to which Rodrigo has pleaded guilty. While it is very difficult to understand how the good man I know could have done this, I feel duty-bound to share with you how Rodrigo changed my life, and speak about the strength of his character.

My childhood in Ecuador, South America, was drenched in complexity. My father suffered from alcoholism and it extended to abuse for me, the oldest son. Ecuador in the 1980s and 1990s offered minimal opportunity for a person like myself who loved technology, loved to create things. Rodrigo, having worked his heart out to make it to the USA and study to be an engineer, recognized my situation and helped me move to the USA. He helped me attend city college, to earn a spot in the UC System, to become a professional. He showed me the power of hard work, of discipline. I would spend summers and holidays with him in San Francisco, waking up at 3:45AM to go for a 5 lap run around Dolores Park, workout, and walk for one hour to his office back then in De Haro street. Come back at 5:30PM and do it all over again for a second time a day. He taught me how to find knowledge from books, film, and networks. The impact he made on me was absolute. There is no doubt in my mind that without his help I would have entered into the same self-destructive path that my father had taken. I am not confident I would be here today. Because Rodrigo saved me, I got my chance. Because of his mentorship I was given the tools to take that chance. Today I serve as Chief Commercial Officer for GlobalFoundries, a $30Bn market cap company (NASDAQ: GFS), expanding semiconductor manufacturing across the USA, Europe, and Asia.

Rodrigo is the most generous person I know. To this day he loves and supports his older brother, my dear uncle Mario, who suffers from mental incapacities. My uncle Mario was born with disabilities, and even though younger Rodrigo always cared for him, always was his advocate, ensured Mario lived with happiness and dignity. When my grandfather died in 2016, Mario lived with him in Ecuador. There was no forcing function requiring that Rodrigo step up and adopt Mario, give him shelter, move him to the USA and care for him. He did it because he is kind, because he feels love, and has a strong sense of duty. To this day Mario is alive and thrives because of Rodrigo's selflessness and kindness. Both of us are.

Sincerely yours,

Juan Cordovez

June 24, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston:

Thank you for taking the time to read this.

Rodrigo Santos, my uncle, is my mom's youngest brother.
Since I grew up in Ecuador and my uncle was already living in California, the first time I recall
spending time with him was when I was 12 years old. He invited my mom, my siblings and me
to California.
Even though he was working in San Francisco, he found the time to take us to Los Angeles. It
was a road trip that I will never forget. On that trip, in 1986, we bonded through our love of
movies. He rented Breakfast Club, St Elmo's Fire, The Outsiders, to name a few. I instantly
became a Rob Lowe fan and thought we were going to meet him on our visit to Universal
Studios. On that trip he mentioned that when I finished high school he would pay for my
university here in the USA.
I did not think much of that comment, but true to his word, once I graduated he paid for my
university in UC San Diego. Prior to entering UC San Diego, I lived with my uncle and his wife
Ginny and my cousins (5 year olds) at their place for 1 year while I was attending San Francisco
City College.
My uncle not only paid for the university and living expenses for me (and later for my 2 younger
brothers) but gave me the attention of a father. He was always willing to go for a walk, chat,
catch a movie, and listen to his 6 favorite CD's of the time: Gipsy Kings, Ottmar Liebert,
Phantom of the Opera, Cat Stevens, Julio Jaramillo, and Jim Croce.
Through our daily walks from his place in the morning when he was walking to work and I would
walk to Mission St Bart we talked about everything. He definitely transferred his love of San
Francisco to me. How he would point out all his ongoing projects - and upcoming ones.
I would go to his office often and see how all his employees admired him. He was a mentor to
many of them and to me. Seeing his office and desk with all his engineering calculations and
architectural drawings and his work ethic changed my life and made me want to study Structural
Engineering.
After graduating from UC San Diego with a Masters Degree in Structural Engineering, I went to
work for him in Santos and Urrutia for almost 5 years. It was the perfect setting to learn all
about engineering and get the necessary experience since all the engineers were exposed to all
aspects of a project. It was a great diverse group of people, many young engineers like me at
the time - with no engineering experience who he mentored and guided in those first formative
years after graduating and having the first real world job.

I got my professional engineering license and moved to Florida but can say I owe who I am today to my uncle. I am married now, have two kids and I am the Head of Engineering for Latin America in my current job for a Swiss company, but none of that would have been possible without my uncle's assistance and 100% commitment to see me become successful and happy. As I mentioned before, he did the same for my two younger brothers, who are both well rounded individuals and both successful in their fields.

There is one person that relies 100% on my uncle and that is my uncle Mario, his older brother who has mental issues and has never been able to work. My uncle took over his care in 2006 when my grandfather died. Not only has he been paying for his accommodation, food, etc but he visits him all the time and checks on him on a regular basis. My uncle Mario would be lost without his brother. My mom passed away almost 9 years ago and there is no one in this world that has that link with my uncle Mario than my uncle Rodrigo.

I am aware of the charges against my uncle and that he pleaded guilty to them. I am humbly requesting that you consider his good actions throughout his life without asking anything in return. My uncle Rodrigo has a lot more good to offer to this society, starting with his family. His unwavering support and love to all of us through these years is reciprocated in these hard times. I hope this can give you a glimpse of the amazing human being he really is and the good that he has to spread once this is all behind him.

Thank you again for reading these lines.

Sincerely,

Maria Jose Cordovez

To:

The Honorable Susan Illston
Senior United Stated District Judge
Courtroom 1, 17th Floor
450 Golden Gate Ave
San Francisco, CA 94102

Re: Rodrigo Santos

I have known and worked with Rodrigo Santos for over 15 years as an agent in the real estate development industry. I have personally engaged Mr. Santos as a structural engineer and a resource in San Francisco through the years. Rodrigo has also worked with my father & has always been an exceptional resource & help to him.

I am very aware of the charges to which Rodrigo pled guilty. In dealing with Mr. Santos over the many years, I have found him to be kind, helpful & gracious. In fact, most of the times I've reached out for help, he has helped me quickly and graciously without a fee. He has always answered the phone & has helped so much. He was honest with me and always calm and respectful with all types of clients that I knew also engaged with him. He was highly skillful and had an excellent reputation, until these this situation.

I know that Rodrigo loves San Francisco and he contributed to and embraced the city in every way. He has shared with me that he is deeply sorry for his involvement in criminal activity. This certainly was out of character for how he normally functions.

I look forward to seeing him back in the community and at work as I know that is where his hear truly is.

Thank you,

Colleen Cotter



| 72 Otis Street | P: 415-551-5150 | E: don@doubledengineering.com |
| San Francisco, CA. 94103 | F: 415-551-5151 | W: doubledengineering.com |

July 20, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston:

My name is Don David, CEO of Double-D Engineering, INC. I was employed by Santos and Urrutia Engineers from 1990 to 1997. I am writing this sentencing letter on behalf of Rodrigo Santos. I recognized Rodrigo has pled guilty and will be sentenced by the court. I am writing this letter to explain to you the person I know and respect.

I have known Rodrigo since 1991 some 32 years and have a great respect for the man. I hope you will find Rodrigo's life of work a consideration of how many people he has influenced and helped over the years. I am one of many "graduates" of Santos and Urrutia to leave the firm and have a successful career in Structural Engineering. I am not sure where I would be without encountering Rodrigo Santos. My business is directly modeled after Santos and Urrutia Engineers.

It was a pleasure to work for him, always optimistic and energetic. Since leaving the firm, we have become friendly competitors and shared many lunches together. We have work together on projects and opposed each other on others.

I mimic my ex-boss in many ways. I have employed a small staff for many years and I often think of Rodrigo as my mentor. He even mentored me in securing my engineering licenses, running marathons, skating, raising kids, and staying sober.

He is a stand-up guy and I am puzzled that he is in this situation.
Thank you for considering a lighter sentence for a dear friend.

I am available by e-mail or phone to confirm the facts of this letter.
Don David S.E.3928

415-225-7714
don@doubledengineering.com

June 19, 2023

The Honorable Susan Illston

Senior United States District Judge

Courtroom 1, 17th Floor

450 Golden Gate

San Francisco, CA 94102

Dear Judge Illston:

I am aware that Rodrigo Santos will be sentenced by the court for the offenses he committed and acknowledged.

I am a former college administrator and retired in June 2010. Before I retired, I formed a non-profit organization titled Friends of the Mission Campus (FMC). The organization is dedicated to advising the City College administration of the needs of the Mission community and awarding scholarships to needy students who are seeking a college education.

I met Rodrigo Santos when he was appointed by former Mayor Edwin Lee to the San Francisco Community College Board of Trustees on August 21, 2012. The following year, when he finished his term, he ran for that board. I supported him after examining his views on adult education and the needs of my community.

He was instrumental in helping FMC secure venues where we could hold our scholarships award events, free of charge or at low cost. He counseled some of our students who wanted to study architecture. His ability to speak Spanish helped him converse with our limited English-speaking students. Through the years his ability to identify entities that would fund educational non-profits helped us apply for funds and continue our work. He has been a good friend to education and to my community.

I sincerely believe that he has the will and ability to continue serving as a valued member of our society.

Sincerely,

Carlota del Portillo, PhD.

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston,

My family & Rodrigo's family have been close friends for over 30 years. Our families met when our children enrolled in the same pre-kindergarten program. I, Howard Fallon, and Rodrigo have become close, personal friends over the years, and we see one another on a regular basis. I understand Rodrigo has committed crimes that victimized his clients and defrauded our government, and he will now be sentenced. Rodrigo has already committed himself to being an honest man dedicated to making restitution to his victims, family, and friends.

Rodrigo believes in family. So much so that he paid the tuition for his sister's three children to attend college. At Rodrigo's 60th birthday party I took a group picture of the thirty-five family & friends in attendance, and I sent it to Rodrigo with the caption 'Everyone in this picture is indebted to you for all you've done for them'. Rodrigo is someone you reach out to when you're in crisis. I never forget the night in 2010 when I got the call from the U.S. Embassy in Kathmandu, Nepal informing me that my daughter had been killed in an airplane crash. The crash was reported on CNN so at 6am Rodrigo called me crying "Was Kendra on that flight?" Rodrigo knew Kendra her entire life. Now Rodrigo was there for me when I needed support navigating a Spiritual Crisis. While on bereavement-leave I started a remodeling project on my home as a distraction from my woes. Rodrigo found me an architect and told me the contractor I should use. I was in no shape to make these management decisions, so Rodrigo made them for me. The contractor and I went on to become good friends. So, Rodrigo was helping both the contractor & I.

In 2020 my surviving daughter and I decided to remodel our single-family home into a two-unit building as she needed housing for her young family. The plan was I would have an ADA complaint unit to age-in-place and my daughter plus her husband and child would have the larger unit upstairs. This was an ambitious project where Rodrigo was our structural engineer and more importantly, my technically expert advisor and mentor through the arduous bureaucratic process. I wouldn't have attempted this project without Rodrigo's technical expertise, emotional support, and counsel. Today my daughter and I are ensconced in our units and thankful for all of Rodrigo's considerable support.

Rodrigo knows how much he has embarrassed his family and friends. Rodrigo understands how he victimized his clients and betrayed his co-workers. Rodrigo has been working seven days every week to repay the clients he defrauded. Rodrigo is moving on with his life. He now wants to get into teaching underprivileged kids which I know he can do because he graduated from Stanford University. When Rodrigo's son Alex was struggling with math at his high school, Rodrigo worked with his son every weeknight helping him master mathematical concepts and techniques. His son went on to graduate from UCLA and become a licensed structural engineer.

I thank you Judge Illston for your public service and consideration of clemency for my dear friend Rodrigo Santos.

Howard Fallon
SKY Memorial Foundation | SKY

To:
The Honorable Susan Illston
Senior U.S. District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102


Dear Judge Illston:

My name is John Fry, I am writing this letter in response to Rodrigo Santos' guilty plea to the several charges he was convicted of recently. I have followed the case over the past several years both online and through the SF Chronicle so am aware of the seriousness of the case. Rodrigo is my Brother in law, husband to my sister, Ginny, and father to my first niece and nephew, Alexander and Adrianna. He is also a friend that I will always love and respect despite the legal problems he is going through and the mistakes he has made, there is so much more to Rodrigo than what I hear and read in the local media. In the mid 1980's I was a tennis professional teaching at clubs in the East Bay Area when a serious medical condition (ankylosing spondylitis) forced me to give up my profession, I was heartbroken. Rodrigo, recently graduated from Stanford and establishing, with his partner, a structural engineering firm, went out on a limb and offered me a new job as a structural drafter opening a new chapter in my life. I did not have any experience in the field but Rodrigo helped me educate myself and gave me invaluable support at a time that was very difficult for me. Over the next 10 to 15 years as the firm and our families grew, I witnessed Rodrigo' dedication to his Business, family and community first hand. He would walk to work from Noe Valley to the base of Potrero Hill at 6am every morning to open the new office and work with clients, the building department and us, the employees all day to help build San Francisco before, during, and after the Loma Prieta earthquake in 1989. The new buildings, structural upgrades and repair jobs flooded the firm with work, it was amazing to see how much got done. Even with the amount of work with the business that Rodrigo did he still made time to take long walks with his kids, take them to movies and be home with his wife and family every night for dinner, he always inspired me to be a better father to my own children when that time came. When I was finally able to get back to coaching tennis (my first love) many years later (I have coached high school teams and junior players for 20 years now!) I took many of the lessons that I learned from Rodrigo to help me teach responsibility, and caring to my many young students throughout the years. I wish I could share all of the times Rodrigo has shown his caring nature and compassion over the 40 years that I have known him, my writing skills do not convey all he has done for us. I can't imagine him being shut away, he has so much to offer everyone around him. *[signature]*

June 20, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston:

I am writing in regard to the upcoming sentencing of Rodrigo Santos, who has pled guilty to a variety of charges. It is my hope that he will be granted leniency in his sentencing.

I have known Rodrigo for about 25 years. In my capacity as a property manager I have been a client of his on various projects and seismic upgrades.

He took an interest in my daughter Jeanette Gaehwiler's desire to become an engineer and was a mentor to her as she interned in his office during her college years and worked there afterwards as an engineer. He was especially supportive from the time she developed a brain tumor until her death 2 years later at age 33.

He kept her spirits up and mind active by providing challenging work within the confines of her often-complicated treatment schedule. He was a trusted confidant who she relied on to reduce her stress by interceding to resolve the frequent conflicts between her father and husband.

His accommodation of her needs, and caring support during this difficult time went beyond what anyone could expect from an employer. He has been a good friend over the years since then.

Thank you for your consideration as you decide this matter.

Regards,

Kathryn Gaehwiler
177 Day St., San Francisco, CA 94131

July 3, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th floor
450 Golden Gate Ave
San Francisco, California 94102

Dear Judge Illston,

    I am writing a letter of support for Rodrigo Santos. Rodrigo and I worked on many new development projects, remodel and contract construction projects as well for many years. He was always a hard worker, available to ourselves and our clients whenever needed and provided first rate Structural Engineering services.

    Rodrigo is an alumni of the Stanford Structural Engineering program. When my sister, Jeannette Gaehwiler, graduated from Boston College with a math major, she was looking at directions of what to do professionally thereafter. Rodrigo gave her a chance as an intern with Santos and Urrutia. Rodrigo also provided direction by recommending she apply to the Stanford Engineering graduate program. Jeannette applied to the Stanford Engineering Graduate program, Rodrigo wrote a letter of recommendation for her and she was accepted. After her graduation, she continued to work for Santos and Urrutia until her untimely passing in 2005. Jeannette was one of many young, talented youth that Rodrigo provided guidance, opportunity and direction to over the years.

    Rodrigo also donated his time to give back to the community. He worked in the Building Commission for San Francisco. He also served on the board of CCSF.

    I believe it is important to look at the full slate of a persons lifetime when viewing their overall impact on a community.

Sincerely,

Martin Gaehwiler Jr.



07.05.23

To: The Honorable Susan Illston
    Senior United States District Judge
    Courtroom 1, 17th Floor
    450 Golden Gate Ave.
    San Francisco, Ca.

Dear Judge Illston:

I have know and worked with Rodrigo for over 40 years and consider him a friend. I am an Architect who has used Rodrigo as my sole structural engineer for the majority of this time and currently continue to use him on our projects. I am aware of the charges against Mr. Santos and that he has plead guilty.

My association with Rodrigo has been nothing but positive. We related on a personal level as athletes, he as a long distance runner (Stanford) and me as a college football player (Cal). On a business level, I found him to have a rare understanding of how structure relates to design. I always consulted with him in this regard during the design process which always resulted in well designed, structural sound, economically efficient buildings .

I am aware of Rodrigo's involvement in local politics and the Latino community in particular and that he is well respected as leader and mentor.

In summary, Mr. Santos is a well respected member of the community both professionally and on a personal level. My dealings with him continue to be positive and his intentions have always been good. It is our feeling that Mr. Santos should be allowed to use all of his skills and knowledge to continue to make a positive contribution to society.

Sincerely,

Drake Gardner



The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston:
I am writing on behalf of Rodrigo Santos.

My name is Peter Glikshtern.  My parents moved to San Francisco from the Soviet Union in 1980, when I was ten years old. I grew up in the Sunset and attended St. Ignatius Coll Prep, and then Cal.

As a young man in the early and mid 90's, I volunteered after work, delivering meals in the Tenderloin for Project Open Hand and also much later, with both my children, when each was in juror high and high school, to make sure that they understood first hand that less fortunate people were people just the same, and saw with their own eyes how incredibly lucky they were. (As an aside, my youngest graduated UCLA magna cum laude a year ago, and is headed to Vanderbilt Law School in the fall.)

I served on the Board and as President of the Mission Merchants Assn for several terms in the early 2000's and also volunteered on the Mission Community Conflict Resolution Court for many years.

I have known Rodrigo for nearly two decades, and have used his services on a score of different bar and restaurant projects around San Francisco.

Rodrigo is currently the architect of record on a project at my residence and we use his son, Alex Santos, when we have projects at work. (As another kid aside, Alex is a wonderful, competent young man, and a joy to work with. Which I think says a lot about Rodrigo.)

Rodrigo has only ever done a great job for me, putting plans together and negotiating the fickle, uncooperative landscape of the SF Building Dept. I am aware that he has pled to serious criminal charges, but personally, I have never, and do not now feel myself a victim of any misdeeds on his part. My experience with Rodrigo has only ever been positive. I know him to be a hard working, helpful, honest man, who was at his desk every morning at 5, to meet with clients, and often worked late into the evening.

As someone who lives and works in the Mission, it always gave me joy to see Rodrigo biking from his office to DBI in the morning, or to say hello to him when I saw him out at a local restaurant on the weekend.

It is my sincere hope, that you are as lenient as possible with Rodrigo's sentencing. He is an asset to the neighborhood, and the City of San Francisco as a whole.

Please do not hesitate to call me for additional feedback. I can also be available to come to testify in person.
Respectfully,
Pete Glikshtern
415-260-1991

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston:

I understand that Rodrigo has pled guilty and will be sentenced by the court. Furthermore, I received a call out of the blue a few years ago that I was a victim as well. Although surprised and disappointed, I would work with and be friends with Rodrigo in the future.

When I first started in San Francisco in 2014 and did not have two nickels to rub together, I was introduced to Rodrigo early on. I had no money, and no experience. He never once did not return a message, he took on work despite not knowing if we'd be able to pay him and sometimes we couldn't for a few months. When we ran into issues he continued to do the work and allowed us to make payment plans, he knew what we were going through and he trusted us to keep our commitment and I did not intend to let him down.

He held office hours for Irish contractors and myself starting at 5am at his office. I would show up whenever I had a question about structural design, construction, or anything in general. If I had an urgent question he was often free on Saturdays to review in his office. He lent books to me, made introductions when I requested, helped on design, and was often in good spirits when I went through dark days that happen periodically whenever you try to build something bigger than yourself.

I do not know why he did what he did, I found him to be competent and hardworking. I hope you will allow him a second chance, because we all need second chances.


Respectfully,

Danny Haber

Tina Hall
1156 Clement Street
San Francisco, CA. 94118

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Mr. Rodrigo Santos

Dear Judge Illston:

I am writing on behalf of Mr. Rodrigo Santos and am aware that he has pleaded guilty to Conspiracy and Honest Services Fraud, Bank Fraud, and Identity Theft.

My name is Tina Hall and I have known Mr. Rodrigo Santos for over 30 years as a client and good friend. Our friendship means a lot to me and for that reason I am writing this letter of reference. I understand the seriousness of this matter; however, I hope that some leniency will be shown.

Mr. Santos has helped me and my family on numerous occasions. Whenever we asked Mr. Santos for any kind of help, he would respond immediately. He is to us a person who is very knowledgeable about his work, a kind and caring person if you need advice as a client or friend. He treats his friends, employees, and colleagues with kindness and respect.

Here are some experiences I had personally with dealing with Mr. Santos professionally and as a friend.

1) In 1989, we lived in a house near a cliff, in San Francisco. After the earthquake, we had a problem getting our insurance coverage. We contacted Mr. Santos who was very busy dealing with many other problems after the earthquake, and yet, he worked overtime, making sure he helped

everyone in the end. He came through with the soil report and helped us get re-insured again.

2) In 1992, we purchased an office building in San Francisco that had brick foundation problems. It is now a safer building in San Francisco because of Mr. Santos's concern and hard work.

3) The most recent experience I had with Mr. Santos was when I asked if he could speak to my daughter's neighbor who had questions about their renovation plans. He offered right away to help and worked with the neighbor to make sure their plans were adjusted to be in compliance with the SF building code.

I also understand that if anyone had any building emergencies, he would always be available from 6am to 9 am at his office for drop-in clients/contractors who needed help immediately. For what I know, he has been doing this for the past 30 years. I find that an incredible commitment by Mr. Santos to his community.

Therefore, I was truly surprised to hear about this matter. I have no doubt that Mr. Santos is in deep remorse and regret and is willing to accept responsibility for some bad decisions made.

I hope that the court will be able to take my letter into account and attach it to the case. I continue to consider Mr. Rodrigo Santos a worthy member of the community and a valued friend.

Thank you and please don't hesitate to contact me if you have any questions. I can be reached at 415-722-0138 (mobile) and 415-564-5183 (office).

With kindest regards,

Tina Hall, CPA.CMA.Ed.D.

brainstorm architectural and structural solutions that maximized utility and spatial goals while minimizing the cost of the structural system. On one occasion a client hired another structural firm, who fit the structural system into my, presumably, inviolable design. The results were uneconomical. Rodrigo and I always worked together to arrive at an economical approach. He had a keen eye for saving time and money while assuring a very high quality and reliable structural system.

Occasionally unexpected existing conditions would be discovered during construction or there would be scheduling and coordination challenges. Rodrigo always found a way to creatively and cost effectively meet these challenges and maintain the flow of work.

Rodrigo was also very sensitive to opposition to projects. He tried to find compromises that would reduce opposition and move the project forward. He was the structural engineer for a Russian Hill project for which I was the architect. A neighboring condo owner was being impacted by this project and Rodrigo provided pro bono services to her that helped mitigate these impacts.

Rodrigo has an unfailing work ethic. He was always at his office at 6 AM, ready to meet with anybody who walked in the door until he departed for the building department at 8 AM. If a problem arose on a construction site or I had an idea for a change in our architectural design, I would head for his office the next morning and we would solve my problem on the white board or with tracing paper in his conference room. If it required some changes to the documents, Rodrigo would have them ready according to our time constraints.

Rodrigo and I would also discuss our mutual friends and interests. Rodrigo is an avid history reader and often gave me books that he thought I would find interesting.

Rodrigo knew many people through his structural practice and, if I needed a geotechnical, shoring or mechanical consultant or a specialty subcontractor, he always had a qualified referral for me. He introduced me to an investor, who helped me finance many of my projects and who is still part of my team.

The relationships Rodrigo brought to my life have proven invaluable. He always had my best interests at heart and helped me resolve many professional problems. If I was feeling beaten down by the challenges of my architectural practice, he could be relied upon to provide a bit of levity and humor to lift my spirits and motivate me to persist. I look up to him like an ideal father-someone with a positive attitude who would help me find a way through my problems. He is a loyal friend and someone I respect and admire. He doesn't aspire to wealth. As far as I know, he rarely takes vacations, he doesn't own or drive a car. He uses bikeshares to get to his client meetings, the City and his job sites. He takes his satisfaction from doing good work and helping his clients overcome the many hurdles that stand between them and their desire for good buildings. His commitment to good work is evident. He is always impeccably dressed, eternally optimistic and brings a high level of concern and dedication no matter the size of the project or the economic circumstances of his clients.

My practice has taken me to Utah. But wherever I have work in California that requires a structural engineer, Rodrigo is the first person I turn to. I wish Rodrigo the very best. The world is a better and safer place because of his contributions to the built environment and I hope he will continue making those contributions for many years to come.

Rodrigo Santos

July 15, 2023

Sincerely,

George Hauser

July 2, 2023

The Honorable Susan Illston
Senior United States District Judge
450 Golden Gate Ave. Courtroom 1, 17th Floor
San Francisco, CA 94102
Subject: Character Reference for Rodrigo Santos

Dear Judge Illston,

My name is Henry Karnilowicz and I am writing this letter to express my unwavering support for Rodrigo Santos, whom I have had the pleasure of knowing for approximately twenty years.

I was born in 1945 of polish parents, survivors of World War II, in a refugee camp in Germany and at the age of five migrated to Australia. In 1972 I arrived in San Francisco where I earned contractors license, Occidental Express, CSLB 319153, and also an Associate's Degree in Building inspection and am working in the construction industry, including consulting.

In 1992 I was seated on the South Of Market Project Area Committee, the advisory body to the San Francisco Redevelopment Agency and joined the South Of Market Business Association, of which I am currently the president.

I have been involved with Rodrigo Santos on numerous projects as a contractor and consultant, including where he did engineering work pro bono. The Tenderloin Museum is one of his pro bono projects on which I also did my work pro bono.

I believe he possesses exceptional character traits that make him an outstanding individual.

Throughout our interactions, I have consistently witnessed Rodrigo demonstrate unwavering integrity, honesty, and a strong moral compass. He upholds ethical standards with unwavering dedication, and his actions consistently reflect his commitment to doing what is right. He is not only reliable but also possesses a remarkable sense of responsibility, always willing to lend a helping hand when needed.

Moreover, Rodrigo exhibits exceptional interpersonal skills, which enable him to build meaningful connections with people from diverse backgrounds. He displays empathy and understanding, always ready to listen attentively and offer support to those in need. Rodrigo's warm and friendly nature makes him approachable and fosters a positive and inclusive environment.

Furthermore, Rodrigo is an incredibly hardworking and dedicated individual. He consistently demonstrates a strong work ethic, always striving for excellence in everything he undertakes. He is not only diligent but also possesses exceptional problem-solving skills, always approaching challenges with a positive attitude and determination to find effective solutions.

If you require any further information or have any questions, please do not hesitate to contact me. I would be more than happy to provide additional details or discuss Rodrigo's outstanding qualities further.

Sincerely,

Henry Karnilowicz

*"Think big, Shop Small"*

**Ingmar Kauffeldt**
Contractor License #556479
3306 Folsom Street
pSan Francisco, CA 94110
(415) 377-0792
Email: ingmartimberline@att.net

July 4, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**RE:  Rodrigo Santos**

Dear Judge Illston:

I have known Rodrigo Santos just under 30 years.  I am an active contractor in the San Francisco area.  I met Rodrigo Santos in 1995 as I set to build a single-family home in the city.  At the time, I was a newcomer in the city.  Mr. Santos showed me the ins and outs of San Francisco's building community, connected me with the right people, and opened many doors for me.  He was helpful and generous with his time, himself, and his company.

Several months ago, I met Rodrigo Santos.  He told me about his problems.  He realized his mistakes and was very remorseful.  I think he has learned his lesson.  He is, after all, a very positive and helpful person who I count as a friend for life.

Respectfully,

Ingmar Kauffeldt
Timberline Construction

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston:

My name is Jeffrey Labahn, and I am the partner of Rodrigo's daughter, Adriana Santos. I first met Rodrigo two and a half years ago when I started dating his daughter. Throughout this time, I have had the opportunity to spend time with him and witness his interactions with others. I am aware that Rodrigo has pleaded guilty to Conspiracy and Honest Services Fraud, Bank Fraud, and Identity Theft, and that he will soon be sentenced by the court. The purpose of this letter is to outline my experiences with Rodrigo during the past couple of years.

One thing that has always struck me is how Rodrigo consistently finds time to have Friday lunches with Adriana, allowing them to catch up and enjoy each other's company. On the occasions when I have had the opportunity to join them, I have been impressed by Rodrigo's genuine interest and engagement in Adriana's life and accomplishments. He consistently inquires about her job and they engage in in-depth conversations about their respective lives. Additionally, whenever I have been in the neighborhood with Adriana, I have been amazed by Rodrigo's friendly demeanor and the number of people in Noe Valley who know him and stop to say hello.

In terms of his extended family, Rodrigo exhibits incredible support and attentiveness towards his son, Alex, and his brother, Mario, who has special needs. Mario is always included in family events, and Rodrigo ensures that he is well taken care of. During our visit to relatives in Davis, I vividly recall Rodrigo taking Mario along with us. Rodrigo would engage with Mario, ensuring he was enjoying himself, and when Mario was ready to return, Rodrigo would arrange for an Uber back to San Francisco, accompanying Mario if needed (or covering the cost if Mario preferred to travel independently). Mario is truly fortunate to have Rodrigo as his guardian, and his absence would be deeply felt and a terrible setback. I also have a distinct memory of Rodrigo playing soccer with his 8 year-old niece Aurora while wearing his trademark suit during another trip in Davis in 90 degree heat. I cannot recall a time when I have seen a broader smile on his face.

On a personal level, Rodrigo has consistently extended a warm welcome to me in his home. I have been consistently amazed by his passion for history and his extensive knowledge of Bay Area history, which has led to numerous engaging and unforgettable conversations. Since relocating from Canada to the Bay Area for my Post-doc at Stanford, I do not have any immediate family members nearby. However, Rodrigo and his family have always made me feel like an important part of their own family, and for that, I will be forever grateful.

I understand the gravity of the charges that Rodrigo has pled guilty to, but I also hope you consider leniency as he has made such a positive impact on so many around him and the broader San Francisco community.

Regards,

Dr. Jeffrey Labahn, PhD

June 27, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     Rodrigo Santos

Dear Judge Illston:

I am writing in regards to Rodrigo Santos who I understand is awaiting sentencing for various federal crimes, including bank fraud. I have worked with Rodrigo Santos in a professional capacity for approximately twenty years, retaining him as a structural engineer on five or six construction projects.

As way of background, I began my career forty-five years ago as an auto mechanic eventually opening several repair shops and service stations in the San Francisco Bay Area. Over the years, as my businesses grew, I acquired the commercial properties at which I conducted my operations. Approximately fifteen years ago I obtained a general contractors license and began developing many of my properties. It is in this context that I met Rodrigo Santos and utilized his structural engineering services.

I found Mr. Santos to be quite competent, straight forward and very hard working, sometimes meeting with him during the early hours of the morning and on weekends. Rodrigo Santos always told it to me straight, never sugar coating the information or telling me what he thought I wanted to hear. I always considered Rodrigo to be a man of great integrity, and I was surprised and disappointed to learn of his malfeasance.

Over the years I have hired employees and vendors who have let me down and harmed me financially, either negligently or intentionally. Rodrigo Santos, in fact, took a modest sum of money from me, which was later repaid. I nevertheless feel that it is appropriate to write in support of Mr. Santos.

My experience has taught me to not evaluate my friends and colleagues based on one particular incident, but rather evaluate them on the whole. Evaluating Rodrigo Santos on the whole, I consider him to be a good person who made some terribly wrong decisions. I still consider him to be a friend and would work with him on future projects.

I hope that this letter is helpful to you in evaluating this matter. If you should have any questions, or would like to discuss this letter in greater detail, please feel free to contact me.

Respectfully,

Ronald J. Mallia
475 El Camino Real, Suite 415
Millbrae, CA 94030
(415) 307-1525
ronaldm8888@gmail.com



**RL** **RLM Development LLC**

1778 8th Avenue  cell  415-710-2033  San
Francisco,  CA  94122  Fax  415-682-9847
rlmccurn@sbcglobal.net

June 27, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1 , 17th Floor
450  Golden  Gate  Avenue
San Francisco, CA 94102

Dear Judge Illston:

I am writing to express my support for Mr. Rodrigo Santos. Over the years that I've known Mr. Santos, he has demonstrated his desire to help people. I have observed him assisting contractors, developers and homeowners with engineering problems. His desire to help and exceptional knowledge of structural engineering is a real asset to the community.

Mr. Santos is very active in the community. He met with a neighbor on one of my projects at least a half dozen times in order to make sure that the neighbor understood what the project was about, and to make peace and create a friendly relationship with him. At the end of all of these meetings, both of us were happy.

During the 15 years that Mr. Santos worked on my various projects, I recognized his sincere interest in solving structural problems of all types in a professional manner. It is my opinion that Mr. Santos is a highly motivated individual with a strong work ethic.

During my many conversations with him, I found that he is a family man who loves, respect, and thinks highly of his family. An individual with the character of Mr. Santos is truly an asset to our community.

I look forward to working with Mr. Santos on all of my real estate development projects in the future.

If you have any further questions feel free to contact me.

Regards,

Robert McCurn
Real Estate Developer

Paul Means                                    6-26-2023

36764 Port Sailwood Drive

Newark Ca 94560

510-589-2588

The Honorable Susan Illston

Senior United States District Judge

Courtroom 1, 17 th Floor

450 Golden Gate Avenue

San Francsico CA 94102

I am writing this letter in reference to Mr. Rodrigo Santos . My name is Paul Means ; and I was a staff engineer for Santos & Urrutia from November 1996 to July 2020 ; when the pandemic and Mr . Santos legal issues forced the closure of the company .   I am a licensed professional engineer with a civil engineering degree from UC Berkeley .

Rodrigo was my supervisor for those 24 years ; and I think , one of the reasons I stayed at the office for so long was that he treated me  with respect for my engineering ability  as well as a person .

Rodrigo was always in the office at 5:30 in the morning , meeting with contractors and other clients . The office had about 20 employees in the early days , and he always managed to get enough work to keep the office busy . He rarely took any vacations , you may say that he was married to the office .

He was always willing to work with me if I needed a flexible schedule . There was a period in my time there in which I needed to work 4 days a week , instead of 5 ; and he was accommodating to that . Towards the end of my tenure there , my father was ailing and I had to take more time off due to his medical condition . He had no issue with working with my schedule.

Rodrigo is a movie buff ; as were my parents and I . On a few occasions ; he invited my parents and me to  dinner and movies at the Castro theater . My parents enjoyed his company very much and we all talked movies all night  .

He created a family atmosphere in the office and a lot of us co-workers became like a family .

On another occasion ; when a co-worker of ours was going to get married in Mexico ; he paid for the hotel and flights for about four of us to attend the wedding .

Although I know of Rodrigo's legal issues ; and the fact ; that he pled guilty to Bank Fraud ; I was surprised in reading some of the facts from the case in the newspaper etc.

I can only speak to my experiences with Rodrigo as an employee and as friend . I ran into him a few months back ; after not seeing him much since the office closed . I was genuinely happy to see someone I have known for over 25 years . He offered his condolences on my fathers passing and I wished him well . I spent most of my engineering career at Santos & Urrutia ; I tell people it was my favorite job and I believe Rodrigo helped create the family office environment that made it a pleasurable place to work.

Sincerely ,

Paul Means



June 26, 2023

The Honorable Susan Illston
Senior Unites States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**RE: Rodrigo Santos**

Dear Judge Illston:

I am an Architect in San Francisco and have been practicing here for over 27 years. Rodrigo has been a business associate, providing engineering on many of our housing projects, and over time has become a friend I have been proud to know.

In many ways, Rodrigo is responsible for fostering the early success of our business. In the early 2000's, after hiring Santos & Urrutia to do the engineering on several addition/alteration and small new construction residential projects, Rodrigo came to us with the proposal that we provide "one-stop services" to local housing developers, with Kerman Morris Architects providing the architectural design services and Santos & Urrutia (S&U) the engineering. Over the course of about a decade, we did dozens of these projects together, starting small (3- or 4-units infill/new construction) and working up to complex renovations like the 60-unit adaptive reuse of an historic Willis Polk office building into much needed housing on Market Street.

Our experience with Rodrigo is not unusual. His office was highly productive, and he hired talented staff, gave them responsibilities, and treated them with respect. After years practicing at S&U and finding their sea legs, many of Rodrigo's former employees have started their own structural engineering practices in San Francisco; and Rodrigo has followed their careers with pride and been happy for their success.

Rodrigo is a leader who has led by example. He is prodigiously energetic (runs every morning before dawn and has competed in countless marathons); he is gregarious, enthusiastic, and endlessly optimistic. He has served on the Board of Permit Appeals (President); ran for the Board of Education; sponsored political events; and knows American history inside and out. I have great respect for the man.

It came as a great surprise therefore, and I have found deeply saddening, the news that Rodrigo has pled guilty to fraud and faces sentencing. Such activity is so out of character with the person I have known and worked successfully with for a quarter of a century, that I find it difficult to square with my experience. If the arc of Rodrigo's life contributions were to be judged by Lady Justice's scales, with the public "good" and positive contributions he has made to the lives of others on the one side, and his acknowledged "bad" judgement and damages on the other, I suspect the scales would tip steeply towards the "good."

Sincerely yours,

Edward "Toby" [signature]

Edward D. Morris, Architect ("Toby")
(Calif. Architectural License # C 24585)

To:

The Honorable Susan Illston
Senior United Stated District Judge
Courtroom 1, 17th Floor
450 Golden Gate Ave
San Francisco, CA 94102

Re: Rodrigo Santos

I have known and worked with Rodrigo Santos for over 25 years in the real estate development industry. I have personally engaged Mr. Santos as an architect, structural engineer and an expediter on over 15 real estate developments in San Francisco through the years.

Additionally he has been a guest speaker at my company many times as an educator to real estate professionals regarding the very complicated process of real estate development.

For reference, I am the owner and CEO of Vanguard Properties, headquartered in San Francisco with over 450 real estate agents and over 50 employees. Additionally, I am very aware of the charges to which Rodrigo pled guilty.

In dealing with Mr. Santos over the many years, I ALWAYS found his demeaner and attitude to be quite positive and helpful to others. He was honest with me and always calm and respectful with all types of clients that I knew also engaged with him. He was highly skillful and had an excellent reputation until this happened.

Outside my window at Mission and 21st Street, I would often see him walking to and from his office on Harrison Street close to my office. He clearly loves San Francisco and he contributed to and embraced the city in every way.

He has expressed to me that he is deeply sorry for his involvement in criminal activity. This certainly was out of character for how he normally functioned and even though he has pleaded guilty, I will still do business with him.

I look forward to seeing him back in the community and at work as I know that is where his hear truly is.

Thank you,

**James Nunemacher**
CEO
O 415.321.7007
C 415.519.7772
jn@vanguardsf.com
www.vanguardsf.com
DRE#: 00913606

# SMH Builders

313 Eureka St
San Francisco, CA 94114

July 15, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Rodrigo Santos

Dear Judge Illston:

I am writing this letter to provide a character reference for Rodrigo Santos, who I understand has pled guilty to Conspiracy and Honest Services Fraud, Bank Fraud and Identity Theft. Such acts are out of character based on my 30+ year relationship with Rodrigo.

I am an architect and real estate developer. I graduated from MIT with a Master of Architecture degree. A few years after my graduation I worked in New York City for a year before moving to San Francisco in 1980, where I worked in corporate architecture until 1988, including 1-1/2 years as the on-site architectural representative for the US Embassy in Moscow.

During the 1990's I established myself as a San Francisco based architect/developer. My practice included architectural services to homeowners, investors, and developers. I also designed, entitled, financed, and constructed residential projects for my own account. My projects often involved renovations of existing buildings and hillside sites with shoring and underpinning challenges. On my earliest projects I employed a moonlighting structural engineer, Helen Kozler, who was referred to me by a friend, Sonya Petrenko. Upon initially touring the existing buildings, Helena would often comment on their structural condition by saying, "George, this is another junk building." But, because of their high cost and the general opposition to demolition, junk buildings were our fate.
>
Eventually the projects got larger, and more than Helena's availability could accommodate and, having a constant need of structural design services, I was introduced to Rodrigo Santos by a general contractor, Andy Gottlieb, who had constructed some of the projects I designed. Rodrigo was a talented engineer with experience with the types of San Francisco renovation projects that were the focus of my practice and result from the local pressure to preserve existing buildings. He also was experienced with the complicated entitlement challenges presented by neighbors and political groups who used CEQA and the discretionary review provisions in the zoning code to mount considerable and often successful opposition to permits.

The documents produced by Rodrigo's firm were of excellent quality. They were thorough and deployed inventive structural solutions. The work process always commenced with schematic design sessions to

To conclude, I thank you for taking the time to read this letter and respectively ask and hope you will be able to take the above testimony offered sincerely in your deliberations over his sentencing.

Sincerely

Luke O'Brien

Kevin O'Connor
1839 18th Avenue
San Francisco, CA 94122

Monday, June 19, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston:

My name is Kevin O'Connor and write you today on behalf of Rodrigo Santos in the hopes that you will take this letter in earnest when considering sentencing for Rodrigo. To know me better and the circumstances of my relationship with Rodrigo it would be helpful to know that I have been a California licensed Real Estate Broker in good standing for over 37 years and first heard of Rodrigo many years ago. As a Past President of the BIC and Structural Engineer to many well-known San Franciscans Rodrigo's credentials were impeccable. In several of my real estate transactions Rodrigo's involvement as the Engineer of Record was a stamp of approval meaning that if Santos and Uruttia was involved on the project, you could be certain that you had the best engineer in town. What also makes me unique in this case is that I have been deemed by the authorities as a victim of Rodrigo's actions but please understand that I in no way feel as such.

It wasn't until about 6 years ago when I finally needed the services of a Structural Engineer that I requested my General Contractor to engage Rodrigo's firm knowing that his reputation superseded all those I might otherwise consider. Navigating the labyrinth of San Francisco building code and the permitting process takes a great mind with tried-and-true experience and Rodrigo was well known as the best in the business. His reputation was upstanding, and his professionalism, work ethic, and knowledge justified this reputation.

I must admit that when I learned of the charges against Rodrigo I was flabbergasted and then when I later learned that the authorities found me to be involved as a victim, I was dumbfounded because his character and loyalty to me seemed without fault. He always was there for me when needed and went out of his way to ease the painful process of permitting in San Francisco and did so tirelessly without complaint or pushback.

To this day my opinion of Rodrigo is as an outstanding father, clean living and upstanding citizen, superior athlete, top tier engineer, and good friend so to learn of the charges against him was unbelievable to say the least. Often when visiting his office, I would see Rodrigo returning from lunch with his son Alex who was working with him at S&U and I was always touched by his dedication to helping Alex succeed and fulfill his ambition as an engineer. It was very heartwarming made me think of how my father and I were together when I was starting my career. Rodrigo was very proud of kids and how well they did in school and in their lives and you could see the pride that shined through having been a great dad. Rodrigo had several young engineers that worked at S&U and you could always see how he cared for them and nurtured their development. Some of the young people working at S&U were the children of various people he worked with over the years, and he was very proud to teach them the skills that he had developed over his many years of experience which was a priceless opportunity. Rodrigo seemed without vice and the quality his character was without question, providing opportunities to those in need and new to the business of engineering. I will always remember the countless times Rodrigo rode his bike to a site meeting, rain or shine, and most often solved any and every problem with sound thinking and hard work but that being true, I mostly I enjoyed our talks about San Francisco and global history. I was always amazed of his broad knowledge and thought he missed his calling as an academic.

Before the indictment against Rodrigo was made public, he reached out to me and told me what was happening and, even though I was not aware at the time, he explained to me what had happened with the checks I had left him, and then returned every penny that he admitted to having obtained fraudulently. It was a huge surprise to me and to this day confuses me because I often wrote checks for his services without clear invoicing from S&U so as far as I was concerned the checks could have been for services rendered and admittedly it was confusing for me to keep track of.

From the moment this all began, Rodrigo was apologetic and did everything he could to right the wrong and to this day has worked hard to finish the job he started on my residence working tirelessly through heighted review from SFDBI. I truly hope this will all be behind him one day soon, so he continues to help those in need and live a good life with his family. Please know that Rodrigo has shown remorse and made good on his word to me and I hope you will consider leniency in the sentence you impose. Rodrigo is a good man, and I will always seek his counsel and advice and it is my hope he can continue on as one of San Francisco's top notch Structural Engineers.

Thank you for your time and consideration.

Sincerely,

Kevin O'Connor
415-971-1119

June 28, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston,

My name is Mark Perl. I live at 152 Chattanooga St., San Francisco, CA 94114.
My phone number is: (415) 641-0940.

I am writing in support of Mr. Rodrigo Santos.

My family and I have been neighbors and friends of Mr. Santos and his wife for
29 years. Our children (my son and Mr. and Mrs. Santos's two children) grew up
together and are still very close.

I am aware of the Federal charges to which Mr. Santos has pleaded guilty.

I have always known Mr. Santos to be a considerate neighbor and an excellent
parent to his children. He welcomed my son into his home, and was always
very pleasant toward my wife and myself.

He welcomed my daughter into his engineering office during her high school
years, and encouraged her to learn and take on tasks within her abilities in the
fields of drafting and design.

I was particularly impressed with Mr. Santos's caring for and kindness towards
his disabled brother, whom he assisted in immigrating to the U.S. from Ecuador,
and whom he has supported financially and emotionally here in San Francisco
for many years.

Thank you for your consideration of this information.

Sincerely,

Mark Perl.

J. Ricardo Santos Ploog
1215 8th Street
Los Osos, CA 93402
Ricardo@BearBirdRanch.com
805-798-3461

June 20, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Subject: Character Reference for Rodrigo Santos

Dear Judge Illston,

I hope this letter finds you in good health and high spirits. I am writing to provide a character reference for my beloved uncle, Rodrigo, whose admirable qualities and outstanding character I have had the privilege to witness and experience firsthand for over five decades.

As Rodrigo's nephew, I have known him since my birth in 1968, and he has played an instrumental role in shaping the person I am today. Through his unwavering support, guidance, and acts of kindness, Rodrigo has consistently demonstrated the utmost dedication to his family and has positively impacted our lives in numerous ways.

Rodrigo has always been a pillar of strength and a source of inspiration for me. From teaching me how to ride a bike as a child to patiently imparting swimming skills, he has been a constant presence in my life, providing unwavering encouragement and guidance. These experiences not only highlight Rodrigo's willingness to invest his time and effort into nurturing his family members but also underscore his deep commitment to fostering growth and development.

Moreover, Rodrigo's belief in the power of education has been an instrumental force in shaping my academic and professional journey. He generously sponsored me, along with my cousins Bernardo, Juan Diego, and Maria Jose, to come to the United States and pursue higher education at City College of San Francisco. This act of kindness allowed us to access opportunities that would have otherwise remained beyond our reach. Furthermore, when I completed my undergraduate studies at St. John's University, Rodrigo provided the financial support I needed to pursue an MBA, solidifying my foundation for success in the business world.

One particular instance that truly exemplifies Rodrigo's selflessness occurred when my young family and I were residing in England in 1996. Facing financial strain, we were unable to gather the necessary funds for the down payment on our first home. It was Rodrigo who stepped

forward, extending his generosity once again and enabling us to achieve a dream that seemed unattainable at the time. This act of compassion further highlights Rodrigo's commitment to the well-being and happiness of those around him.

Beyond his immense contributions to our immediate family, Rodrigo's professional accomplishments and reputation are truly noteworthy. His work ethic and drive for success have propelled him to build an incredible Structural Engineering firm. Starting as a solo practitioner, Rodrigo rented a desk and persevered through countless challenges. I vividly recall assisting him with simple administrative tasks like billing, collections, etc., and yet, with unwavering determination, he transformed his business into a firm with over 20 engineers. Rodrigo's commitment to hiring several of my friends from college and many of our relatives who were in need of employment demonstrates not only his generous spirit but also his desire to provide opportunities for growth and financial assistance to those around him.

Furthermore, I have been inspired by Rodrigo's entrepreneurial spirit and unwavering dedication. Witnessing his success in building a thriving business has motivated me to embark on my own journey of transforming an overgrazed parcel of land into a healthy 160 acre ranch in San Luis Obispo County. Through sheer hard work and determination, my wife and I have established a small Olive Oil business, BearBird Ranch LLC, which produces award-winning olive oil. This achievement would not have been possible without Rodrigo's unwavering support and belief in my abilities. I have no doubt that his influence and guidance have shaped me into the successful executive and entrepreneur that I am.

Rodrigo's unwavering integrity, work ethic, and dedication have always been evident in his personal and professional life. While he has pled guilty to the charges brought against him, it is crucial to acknowledge that this behavior is uncharacteristic of the way he has conducted himself throughout his life. He deeply regrets the choices he has made and is genuinely remorseful for his involvement in criminal activity. Rodrigo's commitment to personal growth and his determination to make amends for his actions are evident in his words and actions. I wholeheartedly believe that this experience will serve as a turning point, enabling him to emerge as a more compassionate, responsible, and law-abiding member of society.

Judge Illston, I kindly request that you consider Rodrigo's long history of kindness, generosity, and dedication to his family and community when making your decision. His positive impact on my life and the lives of countless others cannot be overstated. I firmly believe that with the support and guidance he receives during this challenging time, Rodrigo will continue to be a productive, law-abiding citizen who actively contributes to society. He is a remarkable individual who, despite the current circumstances, possesses the resilience and determination to rebuild his life and contribute positively to his community once again.

Thank you for your time and consideration. Should you require any further information or would like to discuss Rodrigo's character in more detail, please do not hesitate to reach out to me. I am forever grateful for your attention to this matter and have the utmost confidence in your wisdom and fairness in the decision-making process.

Sincerely,

Juan Ricardo Santos Ploog