Randall Knox, State Bar No. 113166
870 Market Street, Suite 820
San Francisco, CA 94102
(415) 765-7500
randallknoxlaw@gmail.com

Attorney for Rodrigo Santos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br><br>  v.<br><br><br><br>RODRIGO SANTOS,<br><br>      Defendant. | } Nos. 21CR00268-001 SI<br>}      21CR00453-001 SI<br>}      22CR00345-001 SI<br>}<br>}<br>} **DEFENDANT'S**<br>} **SENTENCING**<br>} **MEMORANDUM EXHIBITS**<br>}<br>} Date: August 25, 2023<br>} Time: 11:30 a.m.<br>} Hon. Susan Illston<br>}<br>} |

# EXHIBITS
# part 2

Randall Knox, State Bar No. 113166
870 Market Street, Suite 820
San Francisco, CA 94102
(415) 765-7500
randallknoxlaw@gmail.com

Attorney for Rodrigo Santos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RODRIGO SANTOS,

        Defendant.

        }
        }
        }
        }
        }
        }
        }
        }
        }
        }
        }
        }
        }

Nos. 21CR00268-001 SI
     21CR00453-001 SI
     22CR00345-001 SI

**DEFENDANT'S
SENTENCING
MEMORANDUM EXHIBITS**

Date: August 25, 2023
Time: 11:30 a.m.
Hon. Susan Illston

# EXHIBIT
# 2 cont'd

June 25, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden gate Avenue
San Francisco, CA 94102

Dear Judge Illston:

I am writing this letter on behalf of Rodrigo Santos.

My name is Vince Rinaldi, owner of Rinaldi Construction Co., Inc.

I have known Rodrigo for over 30 years. We have worked together professionally on many projects over the years. During this time Rodrigo has been a hardworking engineer with an impeccable work ethic. Rodrigo always made time to answer questions I had and to meet me at his office on Harrison St. early in the morning before any of his employees were even on site. I remember many a day being there at 6AM, after his 10+ mile morning runs, to discuss any questions I had regarding a project he had designed for my customers----a memeory I found to be indicative of his commitment and responsiblility in his work.

Although I did not interact with Rodrigo socially, I did run into him, his wife and son on one occasion and found them to be a nice family. My interactions with Rodrigo were always pleasant and his professional deamenor and acuteness was always respectable. During meetings Rodrigo was always very polite and supportive of any questions I or my colleagues had. Of all the clients I've had who hired Rodrigo, I do not remember any of them ever having a negative comment to share about him or his services.

While I am unknowing of the details of this case all I can say is that Rodrigo always treated me and my clients with great respect and professionalism. He always went above and beyond to help us with any issues that arose on the job, with respect to his engineering design. I hope he gets through this difficult period and can return to being one of the best structural engineers I've ever worked with. I look forward to working with him again.

Respectfully,

Vince Rinaldi

Vince Rinaldi
Rinaldi Construction Co., Inc.

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Susan Illston,

My name is Alexander Santos and I am the son of Rodrigo Santos.

I worked with my father for four years as an intern and eight years as an employee at his structural engineering company in San Francisco. I can confidently say he has had the most impact on my life than any person I have ever known.

I want to emphasize the positive impact my father has had on my life and the success I have achieved as a result. He instilled in me the values of dedication, responsibility, and the fundamentals of engineering that have been crucial to my achievements.

Passing the professional engineering licensing exam in California, which is one of the most exhaustive and difficult exams in the state, was made possible by his tireless mentoring and training over a 9-month period. During that time, our relationship transformed from a father-son dynamic to a mentor-mentee one. Working closely with him allowed me to see him on a human level, and our shared passion for engineering became a rite of passage. His dedication and support helped me immensely in furthering my career in engineering.

He created a blueprint for success in the industry, which I have honored by replicating it with integrity and excellence. I started my own structural engineering firm in 2017 which has grown into a multi-million-dollar annual enterprise, thanks to his teachings.

Without my father's influence, I would not have had the confidence or knowledge to run a successful company. His mentorship and experience continue to be invaluable to me, especially when facing difficult challenges. Losing him would not only mean losing a father, but also a mentor and guide.

The greatest testament to a person's influence is seeing their life's work replicated. I am honored to be in the position I am today because of my father. I cherish my father's guidance, and his absence would be irreplaceable.


Sincerely,

Alexander Santos

6/22/2023

The Honorable Susan Illston

Senior United States District Judge

Courtroom 1, 17th Floor

450 Golden Gate Avenue

San Francisco, CA 94102


Dear Judge Illston:


I am writing to you today to shed light on the character of my uncle Rodrigo Santos Alvite. I understand he has pled guilty in your court to Conspiracy and Honest Services Fraud, Bank Fraud, and Identity Theft charges. I do not seek to contest or undermine the gravity of these charges: our society needs to breathe the air of justice to function. Moreover, if I were you and read these charges out loud, I would see him as someone that appears almost impossibly hard to redeem. While it pains me deeply, I do understand that very well. I, your honor, want you to know that this facet is not that of the man I have known and looked up to my whole life. Rodrigo has been, and is, a kind, inspirational, transformative, selfless, and positive force for the good of his family, particularly me and countless others.

Rodrigo was the youngest of six siblings in a dysfunctional home in Quito, Ecuador. As a kid, his mother (my maternal grandmother) traveled to her native Mexico for months to years, unincumbered by what happened at home. My grandfather, in turn, was a university Professor and a diplomat and did not exactly direct his family's orchestra. That role fell onto my mother, a girl at the time who assumed the matriarch role and helped pull the family together as best she could. My uncle looked up to my mother and, forever grateful, made sure to change her family and my life to pay it forward.

One of my first memorable moments with my uncle dates to my grandmother's funeral in Quito, Ecuador, in 1999. People there were chattering about him in the corridors as always, stuck somewhere between awe and fascination: He was the man who migrated to the United States, graduated from the famed Stanford University, and built a successful structural engineering firm that employed dozens in San Francisco out of nothing. He was the personification of success. By 1999, he had already paid or was paying for both my siblings' engineering tuition and covered the funeral. As the guests were leaving the family dinner, my uncle and I briefly talked about how I was about to graduate in a few years. I vividly recall him telling me with a grin: "You are going to study in California and become an engineer. You will be an engineer, so you do well, so your kids can choose to be Arts majors. But that's not in store for you." That same evening a server had come to him and said "Are you the man who helps Ecuadoreans in San Francisco? My brother Walter always talks about you with immense gratitude. Que Dios Siempre Le Bendiga." (May God always bless you). To which my uncle Rodrigo smiled and gave him a gentle pat on the back. Even in my sadness from our recent loss, I felt this energy and admiration that is impossibly hard to describe today. My parents were middle-class Ecuadoreans; we drove a 1979 Peugeot, which in all fairness was an upholstered coffin with wheels. We had little business paying for Ecuadorean college

and certainly had zero business paying international student tuition rates in the best public university system in the world. But my uncle believed in me, like he believed and supported so many others, and despite his financial commitments to his immediate family and projects, he gave me this incalculably immense opportunity. This opportunity changed my life; he never asked for anything in return.

I worked hard in high school and got into UCSB, where I studied Mechanical Engineering. I always had the energy to do well, inspired by his greatness. I had the fortune of leaving college debt free, a privilege that I do not take for granted, and I only have one person to thank. I did my part and secured a funded Ph.D. engineering program at Cornell University, where I graduated. Inspired by his entrepreneurship, I founded an engineering firm of my own, also from nothing except my education. I now help lead this biotechnology company in the Bay Area, employing forty people in our community and providing highquality products to the biggest pharmaceutical companies in the world. This success, and that of my siblings, which has created jobs and opportunities for countless families, does not come from a vacuum and nucleates from a sole source: Rodrigo.

Regarding his kindness to others, Rodrigo single-handedly cares for his brother Mario. Mario is mentally challenged, and Rodrigo has fully cared for his housing, food, financial and emotional well-being ever since their father's passing in 2006. Mario would be lost and imperiled without Rodrigo: Rodrigo sees him several times every week and ensures he has what he needs. His kindness, support and love he has shown my family throughout, but particularly since we moved back to California has been a huge, indelible part of my life.

His ability to help and transform people for the best is an asset for society. Rodrigo's kindness can provide practical, unwavering support to his community, his family, and many lives. I have been fortunate to witness his kindness, generosity, and profound impact on me and those around him.

Thank you very much for your time and considering this perspective on Rodrigo's character.

Sincerely,

Bernardo Cordovez Santos

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Rodrigo Santos's character testimonial from sister in law Jeannette Santos

Dear Judge Illston,

Where does one start to describe a family member so dear to all of us, who finds himself in a situation not one of us would have ever imagined for him or for any of us? My name is Jeannette Santos. What follows is background information and personal appreciations of a brother in law who is very loved by his family. Hopefully, I will be able to shed some light to his character-the Rodrigo we know and why he is so loved.

BACKGROUND INFORMATION

Rodrigo is my husband René's youngest brother, 2 years my junior. My first recollection of him is in Austin, TX when I was introduced to the Santos family while dating René as students at UT Austin almost 50 years ago. What struck me above all his many likable traits, was how protective and caring he was of his physically and mentally challenged 2 year older brother Mario. A pattern that has been a constant throughout the years. He has been his protector/mentor/brother/friend. There were 7 siblings (6 full/1 half) in the family, which helped raise themselves by age proximity. Rodrigo and Mario, the two youngest, have always shared a very special bond .

PERSONAL MILESTONES

Rodrigo excelled academically while growing up,
-in high school where he graduated first in his class,
-as a lauded undergraduate at UT Austin
-as a Stanford alum from the graduate school of Engineering,
-as a Certified Professional Structural Engineer in the state of California
-as a high school nationally medaled pole vaulter in Ecuador and an avid marathon runner until recently.
-an immigrant who through hard work strove to achieve professional and financial stability, ever proud and grateful of his US citizenship. He felt it was important to pay back trying to find ways to serve his community/the country that had welcomed him.

## PROFESSIONAL MILESTONES AND WORK DISCIPLINE

Rodrigo worked incessantly.
He never took a vacation, except for the few days when he attended his nieces/nephews' weddings, his parents and sister's funerals, and the one family trip where he and his immediate family went to the World Cup in Germany to watch the US team play. No lavish lifestyle at all. He was at the office at 5:00 am working every day including weekends sometimes.

## PHILANTROPY

Rodrigo dispensed advice and financial help to many. If anyone in the family had a need, Rodrigo was the son/brother/uncle approached for support. He paid in full for the college education of his sister's 3 children in the UC system, as they would not have been able to manage otherwise. She had been like a mother to him, he loved his niece and nephews and was glad to help. They are successful engineers in their own right, thanks to that support. He helped a fourth substantially to cover his university costs. He financed the rehab treatment of a fifth nephew. He underwrote the financial affidavit for a sixth so that he could pursue his MBA at the University of Chicago. The list goes on with many examples of what he has done for his immediate/extended family and acquaintances in need throughout the years. He never denied a request for help, maybe his greatest fault.

## MY PERSONAL COMMENTS

My heart aches knowing that he finds himself in this difficult legal situation. I know him to be,
-a dedicated family man, who has given everything to be a positive force especially to his brother Mario, to his wife and children, nieces, nephews, the younger generations in general. He was an attentive son, who also helped his parents financially towards their end
-a selfless and caring man, who has always extended his helping hand to the many that have asked.

## IN SUMMARY,

I am writing this testimonial trying to bring light to the character of someone dear, who has given much to many and taken very little in return. My words are falling short in summarizing all that Rodrigo is and has been to the family and friends that have received guidance and support through the years. A big concern among many, is what will happen to his brother Mario (67 years old in September) in his

absence. Mario only talks to Rodrigo and wants nothing to do with the rest of us, even though we are trying to be there for him, for them.

Respectfully,

Jeannette D Santos (neé Contreras)

B.A Finance University of Houston,
Teacher Certification UT Denton-Spanish TX/Spanish,German, ESL renewable in VA,
Graduate studies in Education University of Hamburg-Germany,
Public and Private School Educator in TX, VA, International Schools-
Hamburg/Germany, Caracas/Venezuela, Stavanger/Norway, Volunteer in PS NYC,
Mother, Grandmother and caring sister in law.
jeannettsantos@verizon.net

The Honorable Susan Illston                                    June 21, 2023
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Rodrigo Santos's character testimonial from Rene Santos (brother)

Dear Judge Illston,

Rodrigo is my younger brother. Like me, he emigrated from Ecuador after graduating from high school. He exceled in academics and sports during his high school and college years. After graduating from Stanford, he had a remarkable career including being the co-owner of a Civil Engineering consulting firm in San Francisco (Santos and Urrutia Structural Engineers) for close to 40 years.

He is best known and admired for helping his family and friends. He has supported our brother Mario (currently 66 years old and mentally challenged) in San Francisco for the past 17 years. Mario is unable to function by himself and is therefore heavily dependent on Rodrigo who spends several hours with him every week helping with various chores and providing the companionship that he needs. I am very concerned about Mario losing this support if Rodrigo is absent as me and my wife live far away (New York city). We would like to help him more but unfortunately, due to his mental condition, Mario does not communicate with us and only wants to interact with Rodrigo.

Rodrigo has also been an excellent father and uncle. Thanks to Rodrigo, his daughter and son were able to get a good college education and are both now very successful professionals in the San Francisco area. In addition, he paid for college studies of four of his nephews that without his support would not have been able to get an education. The four of them are excellent professionals. Besides helping his four nephews go to college, he employed them and several other relatives in his company until they were able to get other jobs.

In summary, Rodrigo has not only been an outstanding professional but more importantly a very generous and caring brother who never asks for anything for himself but is always ready to help others.

Best Regards,

Rene Santos

BS, MS Petroleum Engineering, University of Texas at Austin
MBA University of Houston, Texas
Global Energy Advisor with 47 years of experience with ExxonMobil, Hess and Standard
& Poors in US, Europe, South America, and Central Asia.  renesantosalvite@verizon.net

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston,

My heart is breaking as I write this letter to you. Rodrigo is my husband and partner for over 35 years. We built a life together that includes children, relatives, friends, hopes and dreams, and successes and failures. On May 11, 2020 our life came tumbling down when Rodrigo was arrested and booked at Santa Rita Prison. I remember that day in many ways, particularly because I received countless phone calls from him that morning with a recorded voice identifying him and Santa Rita Prison, which I thought were pranks so I didn't accept. So unfathomable, it didn't enter my mind the calls could really be from him.

From the moment we met I saw characteristics in Rodrigo that I admired and looked for in a partner. He is a devoted family man, kind, compassionate, generous, supportive, with a strong work ethic. I saw the importance he placed on family through his interactions with his many family members. On numerous occasions, he flew his sister and 3 young children from Ecuador to San Francisco for summer vacations. He would entertain them with outings to Stanford University (his alma mater) and UC Berkeley. He shared and emphasized what was possible through education and study, that they could have a profession that is both meaningful and purposeful. He wanted the best future possible for his family.

Rodrigo is the uncle his nephews and nieces always call, to discuss, to advise, and to assist financially, their educational and future life. At his encouragement, many times this led to traveling to San Francisco, living at our house, while attending City College and working part-time at Rodrigo's company (a learning experience in itself). All of these young people transferred to 4 year colleges, pursued post graduate degrees and lead fulfilling and productive lives.

Rodrigo has a mentally challenged brother, Mario, a couple of years older than him. As they were the closest in age of the seven siblings, they developed a very close relationship where Rodrigo was often responcible for him. After their father's death seventeen years ago, Mario came to San Francisco. Since then Rodrigo has been his exclusive caregiver and Conservator. His attentiveness, caring, and nurturing, has benefited Mario in such a way that he is able to live on his own in a studio apartment.

Rodrigo has always been a supportive and considerate partner. When we had our twins, Alex and Adriana, it was quite an awakening to parenthood. With his easy going nature and a fix it mentality, Rodrigo would get up at all hours of the night to walk crying babies and then get up early to be at the office at 5 AM. From the time the children were very young he would strap them both in the double stroller and take off for walks. What started out as short strolls led to half day and full day excursions over time. He was an involved father, he coach Alex's soccer team in elementary and middle school and attended Adriana's Ballet recitals. He worked with

both children when they needed help with school courses, particularly anything to do with math. I was grateful for that!

Rodrigo has plead guilty to Conspiracy and Honest Services Fraud, Bank Fraud and Identity Theft and will be sentenced by the court. It has been difficult to reconcile as this admission is so out of character from the man I know and love. I stand by him and if anything, this horrendous experience has strengthened our relationship. With all of his positive qualities, he unfortunately, put tremendous pressure on himself to look out for everyone else, never say no, and try to solve everyones problems. Rodrigo realizes his mistakes and is extremely remorseful and shamed that his actions have embarrassed family, friends and associates and I must say, financial ruined his family.

As you must realize Honorable Judge Illston, this has been an extremely stressful and sad time. Rodrigo has been working 7 days a week for the last 3 years, since his arrest, to pay back everyone who has been defrauded and make amends. Rodrigo is still a good person with qualities that can benefit and contribute to the community at large. I ask you kindly to consider leniency during sentencing. Rodrigo is still the hardest working person I know and still is helping people solve their problems. I know that he wants and can be a productive member of society once again.

Sincerely,

*Virginia Santos*

Virginia Santos

# shataraARCHITECTURE  Inc.

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17 th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston:

Please let me introduce myself, I am an architect and the owner of a small
Architectural Firm (Shatara Architecture Inc.) in San Francisco that has been in
business for more than 34 years. I have had numerous clients and worked on
1500 or more projects in SF over the years. I dealt with all types of projects,
clients, consultants, and contractors.

I was also a board member of the Landmark Preservation Board for
approximately eleven years; I served as an advisory member of the Landmark
Board to the Rincon Hill Citizens Advisory Committee. Additionally, I was also
appointed to a Commission for the transfer of title of the Old Mint in San
Francisco from the Federal Government to the Local SF City Government and
reviewed RFP's for the Old Mint.

Additionally, I have participated with nonprofit, political, and religious
organizations as an advisory board member or given pro-bono service to these
organizations. I have dealt with hundreds of people from all of walks of life and
backgrounds throughout my professional and personal life.

Please accept this letter regarding Rodrigo Santos character. His firm, Santos
and Urrutia, has been one of our consultants for approximately 20 years. I have
successfully worked with Rodrigo on dozens of projects for clients.

Rodrigo Santos is a very knowledgeable, courteous, helpful, and creative
problem solver. He is a polite, hard-working family man. We see each other
almost daily at the building department, as we both expedite our own projects.

Our conversations and relationship span personal and professional. We have
discussions on different subjects from family matters about our children, their
schools, matters of business, the building department process, and politics. We
also got to collaborate on Commissions and discussed local events. We initially
met years ago when he used to come to my father's deli and I would be working
behind the counter and we discussed our mutual passion for architecture and
engineering.

Throughout the years I've known Rodrigo, I can attest that he runs a very reputable firm and is always professional when engaged with our projects. I supported him when he ran for City College President because of his intelligence, his professional and courteous nature. I think he would be a good fit for the job.

Rodrigo's character is impeccable. He has helped plenty of people in the city. He is very trusted. People would always go to Rodrigo with any work-related problems they encounter and Rodrigo would always be there to help them solve their challenge.

I have the utmost admiration for Rodrigo's work ethic and integrity.

Thank you and feel free to reach out to me if have any further questions.

Sincerely,

Suheil Shatara
Architect



JAMES G STAVOY
ARCHITECT
AIA

3 July 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston:

It has been with great interest that I have been reading of the criminal charges my business consultant Rodrigo Santos has pleaded guilty to this past year and that his sentencing is expected shortly. As a sole proprietor and owner of a small architectural firm that I founded in 1982, Rodrigo and his firm Santos and Urrutia was one of the first structural engineers I met and hired in San Francisco over 35 years ago. For all those years Rodrigo was professional and respectful to me and my clients on countless new home and remodeling projects. His knowledge and ability to work successfully with building departments and the building trades was another reason for that success. Even after pleading guilty to his legal issues Rodrigo continued to be available to complete constuction projects still under way saving considerable time and cost finding a new consultant. On a personal note having worked with Rodrigo and Virginia his wife on there Victorian in Noe Valley I very much appreciated there concern for the historic integrity of their home and both their interests in maintaining that quality to respect their immediate neighbors and overall neighborhood character.

I sincerely hope that Rodrigo will emerge from this experience as an appreciated and productive member of the community.

Yours truly,

James G. Stavoy Architect AIA

San Francisco, June 27, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston:

I had no knowledge of Mr. Santo's legal status until I received a letter of his upcoming trial from the City of San Francisco. We continued our business relationship; I believe "you are innocent until proven guilty". Later in the year, when Mr. Santos pled guilty to charges; and I found out I was one of his victims, I was in disbelief.

I have known Mr. Santos since 2005, over 18 years. The capacity of our relationship is business/client. Mr. Santos was introduced to me as an Engineer. Since then, I have worked with Mr. Santos on several projects.

On our first project together, the Architect "dropped out" and Mr. Santos willingly took over as Architect/Engineer. The project involved a three-story building. It involved a very tedious and extensive amount of engineering; and extensive amount of time and work. I found Mr. Santos to be very accessible, very pleasant, very professional and easy to talk to. He worked with the City on my behalf and addressed all their concerns.

I continued to work with Rodrigo Santos on other projects. I was happy with his work. He continued to do work on the above project and several other projects as well. He went out of his way to help; he performed Architectural, Engineering and Project Management work. He charged his

time in increments, which helped my budget and was very flexible with payments.

When I was very ill, I trusted Mr. Santos to act on my behalf with the City's Building Inspection Department and signed a document to that effect. I have always had faith in Mr. Santos' work and recommendations. I greatly appreciated his assistance during this difficult time.

Mr. Santos has done several projects for me over the years and is continuing to help me today. He is always "on call" for me 7 days a week including meeting me personally at his home when necessary. I continue to find him a very caring, hard working and a very understanding man.

I would have no problem working with Rodrigo Santos in the future. He is extremely generous with his time. I can't imagine what the expense would be if someone else did the work on these projects.

Mr. Santos has expressed to me that he was "truly sorry" for his indiscretions and wished he could "turn back time". I am happy to compose this letter on Mr. Santos' behalf. I will always wish the best for Rodrigo and his family.

Sincerely,


Frank Stonich

1326 San Bruno Avenue

San Francisco, CA 94110

06/23/2023

To:
The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston:


We are Jose E. Trejo and Luzmaritza Suarez and writing this letter with regards to Mr. Rodrigo Santos. We understand he is currently involved in a legal situation with regards to conspiracy and Honest Services Fraud, Bank Fraud and Identity Theft, etc. With that said we wanted to share our story how much we value Mr. Santos not only with regards to our business relationship but truly, the relationship we formed with him which has far exceeded the business side. Mr. Santos was truly an angel in our lives. Prior to meeting him we found ourselves in a situation which we were likely headed towards losing our home. Our contractor/engineer did God knows what but went past the scope of what was approved and we had no where to turn to. Thankfully due to our neighbor we were able to meet Mr. Santos and without hesitation he understood our situation and truly took the time out of the kindness of his heart to help us. He had absolutely no reason to help us at all! It took quite some time but our house was eventually put back together and we (along with our 6 year old daughter and two pets) were finally able to come home again. Throughout the long process (over one year) he proved to be very empathetic, caring, kind, understanding and extremely patient. He always took the time to speak with us, explain what was taking place but more than anything, was there for us as a human being. We do NOT consider Mr. Santos someone we know through "business" rather he has become family. Our daughter in fact calls him Tio Rodrigo. Her face lights up when she see him because even as a 4 year old (then) she could recognize all of the aforementioned attributes. To this day we reach out to him on occasion for nothing else just to see how he is doing. At no point from the day we met him to this day have we felt anything but good things about Mr. Santos. Regardless of what happens our plan is to continue to have a relationship with him because that is what he truly builds. Never once did we question him, feel fearful of him, look at him "sideways" or anything all related to negativity. In fact it was and continues to be the opposite because that is the kind of person he is and that is the kind of person we have grown to love. I, the writer, am a Licensed Clinica Social Worker and have been practicing

psychotherapy for over 17 years now.  As such I feel very confident in being able to read and understand people.  It was easy to see Mr. Santos was who he continues to be.  I am also good and trained to be able identify concerns related to character, ill intentions, mental illness and simply put, the ugly side of human beings.  Mr. Santos is the antithesis of these.  Quite honestly I could write a chapter if not a short book about how much we value Mr. Santos as a person but I realize your/the courts time is valuable.  We will end by saying this:  The man you have in front of you with regards to this case is the type of person I hope to one day be and the person I strive to model to my daughter in hopes she can grow to be just a quarter of the person he is.


Thank you for time, sincerely,


Jose E. Trejo

Luzmaritza Suarez

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Illston,

I am writing in support of Rodrigo Santos. I was a member of the San Francisco Board of Education for twenty-four years and I met Rodrigo through his political activism during his first campaign for the City College Board of Trustees. We were introduced by a mutual friend who was one of my strongest supporters and also supported Rodrigo. It turned out that we also share a personal, non-political friend in common. In addition to our mutual political support, we began to meet for lunch as our group of three friends. This habit of seeing each other several times a year continued with some regularity until it was interrupted by our imposed pandemic life changes. I had the opportunity to talk with Rodrigo many times about his deep interest in American history, his love of San Francisco and California, his appreciation for the opportunity of studying in the US and his background before he came here.

Politically, we endorsed each other's campaigns and met regularly during long months of campaigning. Candidates have the opportunity to spend many evenings together during campaign season. Of course, I appreciate that Rodrigo endorsed and donated to my campaigns, but I developed respect for him as I saw his honesty as a candidate, his courage in candidly stating his views, even those that he knew would not be popular with certain groups and individuals, and his willingness to listen to others.

Rodrigo has generously helped many people to navigate and manage their complex construction problems, often donating his professional services. I know that Rodrigo regrets his actions that have brought him to his present circumstances. I believe that he can be a valuable member of our society in the future. I urge the court to consider his commitment to our community and his many positive contributions when he is sentenced for the unlawful actions that he has acknowledged.

Thank you for your consideration.

Sincerely,
Jill Wynns
Former Commissioner
San Francisco Board of Education

jillwynns@gmail.com  415 828-7204

July 10, 2023, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17ᵗʰ Floor.
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge, Illston:

I am to you on behalf of Rodrigo Santos.

To start with, a little about me, I am a single immigrant female. I came to the USA to study business with the ambition and dream to be successful here. I worked at Hewlett-Packard for about 11 years, and they sponsored my education.

I purchased my first property in San Francisco in 2006 and started to legalize an in-law unit. At the time, I had neither experience nor knowledge of DBI requirements in San Francisco nor in this industry. I consulted multiple engineers/architects/contractors as my intention was to hire an expert to help me complete my project within my limited budget. I ended up working with engineers and contractors from the South Bay. I was, however, having a hard time getting the plans done correctly as per DBI requirements. I spent a lot of time at the DBI office, going daily with drawings in hand. I was getting no results and I was spending money that I did not have. I felt very frustrated by the way I was misled by several individuals even at DBI.

Finally, a contractor suggested that if I wanted to finish my project, I should consult with Rodrigo. The contractor said, "Make sure to show up at 5:00 am in the morning in front of his office as there is a long line of people daily at the Santos and Urritia office, all waiting to get their turn with Rodrigo ".

After my initial meeting with Rodrigo, I was impressed by his knowledge, expertise, passion for his work, compassion, and humbleness.

Rodrigo's professionalism and his kindness to help me with a very tight budget was impressive. I shared my frustrations with Rodrigo and told him that I was tired of going to DBI without achieving any results or guidance. I also shared that as a woman I was not being treated as someone capable of managing such a project with integrity and with limited budget. Rodrigo treated me with great respect and assured me that he will help me. Rodrigo said to me, "you should be proud of your accomplishment as a young woman to own real estate in the city that I love and told me not to feel discouraged".

In my profession as a real estate agent, I heard Rodrigo's name from several peers who showed tremendous amount of respect and inspiration for him. In 2005 in one of our office meetings someone suggested to attend CRG meetings hosted by Rodrigo to network and meet other peers in the industry to learn, grow, and network.

I started attending these meetings and I was impressed by Rodrigo's drive, loyalty for the city of San Francisco. I was impressed by his willingness to help community, willingness to guide and mentor a new professional like me in a very competitive industry and society where especially women are not considered skilled in handling real estate ventures on their own. Rodrigo always made time to meet and listen to me regardless of his busy schedule.

I see Rodrigo as my teacher and a mentor as he has always demonstrated willingness to guide young professional like me. Rodrigo is an extremely positive, physically active, intelligent, encouraging, inspiring, kind, and generous person. Rodrigo has helped me with my career in real estate and in general as a good friend to overcome difficult challenges with grace.

It is not an easy task for an immigrant single female like me to own and build a career in the competitive city like San Francisco as a realtor, investor, and as a landlord. Rodrigo has been there for me 100% to listen and to help me grow professionally and personally in a respectful and ethical manner.

In 2009, I was partially living overseas and studying while managing units in the City of San Francisco remotely, Rodrigo was gracious and offered his help whenever I needed.

In 2014, I was spending a lot of time in out of SF as a young family member was battling the brutal disease of breast cancer. Rodrigo remained my 100% support in this difficult time to support me emotionally and professionally. Rodrigo is a kind, compassionate, positive, healthy, disciplined person who always made time to help others. I not only learn discipline from my father growing up, but I continued to learn from Rodrigo which led me to a be successful and proud individual in my life and career. During this time when I was away, I acquired a listing in SF and I needed help from a friend to make sure I prepare the property well. Regardless of Rodrigo's busy schedule, he was there to help. Today, I am an accomplished full-time agent because of the support I have had from Rodrigo.

Being an immigrant single female landlord in SF is challenging. I have had a few very stressful and costly wrongful lawsuits and experiences with my few previous tenants. I was frustrated and fearful to own. Rodrigo guided me to keep my calm attitude in tough times.

Rodrigo's guidance has taught me to look at the solutions not the problems. I learned from him not to be the victim but keep working hard. At times, I was afraid to go to my building because I was afraid of my tenants, Rodrigo gave me the courage to deal with the situation. .

I listed a building for sale with very difficult tenant situation, Rodrigo has helped me in keeping my positive attitude, and my focus strictly on my work not what other people do or say.

Recently I lost two very close family member and at the same time I was dealing with a very stressful work-related situation. Rodrigo Supported me 100% as a mentor and a friend.

Today, I proudly consider myself a successful agent and an investor in SF, thanks to Rodrigo,

Young immigrant professionals need guidance and support from someone like Rodrigo to grow and build their life in a very competitive society, city, and country.

Rodrigo's knowledge and experience are a true treasure to the young professionals. Rodrigo can make a great mentor and teacher for the community and the new generation.

Rodrigo can help our struggling youth lost on the streets of San Francisco with no directions, guidance with his disciplined lifestyle, positive attitude, and his desire to teach unprivileged children.

Rodrigo's knowledge, experience, his love for the SF community, and his loyalty to the city can be an added value to our community. Rodrigo is by far the best and knowledgeable structural engineer I have met, it will be a waste not to share his knowledge, expertise, self-discipline with young generation. Rodrigo is and can be a great mentor, teacher, and guide for the youth.

I know Rodrigo has pled guilty and will not comment. I only hope Judge that you are as lenient as possible with Rodrigo's sentencing. I continue to see him as a great contributor and a mentor to the community.

Sincerely yours.

Fouzia Zaheer

June 22nd, 2023

The Honorable Susan Illston
Senior United States District Judge
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, California 94102

RE:  Mr. Rodrigo Santos

Dear Judge Illston:

I am writing to you on behalf of Rodrigo Santos, structural engineer, whom I have known professionally for the past 36 years, since 1987.  At that time Mr. Santos' office was on De Haro St. in Pioneer Square in the Potrero Hill District.  I purchased a commercial building in 1984 on Potrero Hill and needed consultation with a structural engineer.  I have worked with Mr. Santos since that time both when he was part of Santos and Urrutia Engineering firm, and more recently as Rodrigo Santos Engineering.

I have hired Mr. Santos as a structural engineer on various projects where I own real estate in the Marina, Cow Hollow,  Pacific Heights and Potrero Hill districts that required maintenance, repair, seismic upgrades and renovations.

Mr. Santos is currently working as a structural engineer on two projects that are pending on my personal properties on Potrero Hill and Cow Hollow.

I am a retired Anthropologist.  I hold an M.A. and PH.d. in Anthropology from the University of California, Berkeley, and a J.D. from the University of Chicago Law School.  My early career was in Anthropology  teaching, research, post doctoral fellowships and publications while at various universities.  My later work was in real estate, managing my personal properties and family owned apartment buildings that are rentals in San Francisco where I grew up and attended Lowell High School.

I am aware that Mr. Santos has pled guilty to Conspiracy and Honest Services Fraud, Bank Fraud and Identity Theft and is facing sentencing by the Court.

I am further aware that he is committed to restitution of funds.

The behavior underlying these charges are totally out of character with the Rodrigo Santos that I have known professionally for decades.  I have known him to be honest, fair, a very competent structural engineer whose work is always timely and prompt. I have always admired his work ethic and his responsiveness to the client even on weekends when it was necessary.

Mr. Santos has had thousands of projects over the decades, but for individuals and families who are not developers, contractors or the purchasers of apartment buildings for conversion into Condos, he had a niche practice that allowed them to undertake structural work that was affordable. I found his fees were always advantageously competitive with other engineering firms.  While I took bids for each project from other engineers, Mr. Santos

estimates were more reasonable and ended up costing less than bids by others. His engineering solutions were more construction friendly to apartment buildings with rental units which remained rental units post construction.

Mr. Santos was fully aware of the Preservation issues and worked collaboratively with the Civil and Geotechnical engineers. I witnessed the trust they had in his plans and drawings and their joint efforts to successfully address the project. They expressed to me their reliance on his work and I never heard any negative comments about his submitted work from his professional peers. He attended the site inspections and meetings and was always very punctual and fully prepared. His work meticulously complied with City Codes. I have never had any code violations or citations that resulted from his engineering work.

In the past couple of years he provided me structural engineering plans, drawings and permit applications for a project on Potrero Hill. I was notified by the Department of Building Inspection that they will review his submissions to the highest standard required by DBI. Indeed, they reviewed the submissions expeditiously and accepted and approved all his plans and drawings as presented and indicated that they have passed all the scrutiny by DBI. The permits are available for me to pick up as soon as I am ready to start construction.

DBI has already set up a review process of work submitted by Mr. Santos which is held to the highest scrutiny of DBI standards. Hence, his current work is even more reliable because of this highest level of review and scrutiny. His work product for me met these highest standards.

I have continued to hire Mr. Santos as a structural engineer even though he faced legal challenges. The reason is that in the 36 years that I have known him professionally he always provided excellent engineering and I have trusted him. He never let me down.

Over the decades I have referred Mr. Santos to family and friends who asked me to recommend a structural engineer. The feedback I got back from those who hired him was that the work was successfully accomplished and the fees charged were reasonable. The work was prompt. I have never had any negative feedback from having referred him to others.

Mr. Santos has been the provider to his family and has two children who are well educated and hold down successful jobs. He has a great deal of pride in his family.
He has contributed to his community in the work that he has done with City College and as President of the Building Inspection Commission.

He is at a peak point of his career now and he is able, more than ever, to be very productive in his contributions to the San Francisco community.

Throughout all the work that I have done with him and the trust that I put in him, he has not disappointed me nor caused me to doubt his work product. The engineering solutions that he brought to my projects demonstrated integrity, sound judgement, good character and respect for the preservation of rental property.

I hope to be able to complete the pending work for which I hired him, and I expect to continue to use his services in the future. Even though he faces legal challenges, based on my thirty six years of knowing him and employing his engineering skills, I hope to be able to continue to work with him.

I am aware that he expresses great regret at what has transpired and shows great remorse.

Once the current legal issues are behind him and finality has been brought to the matters at hand, I am sure that he will continue to be an important contributor to the San Francisco engineering community and to the City at large.

My early anthropological work while at Princeton University was focused on religious movements in contemporary America and civil religion in our country. Since the middle of the 19th century the underground stream that has run through our history is our deep belief in, and our implementation of policy, that for every individual in our country, socially and culturally, the THE DOOR TO REFORMATION AND RENEWAL IS ALWAYS OPEN. Once any one of us falls down, he/she can pick up and carry forward on a better path and continue to contribute in their chosen work and re-double their efforts in the community. Mr Santos continued to practice his engineering work throughout his ordeal and showed that he has reformed. He has already walked through that door and is on his way to good citizenship.

This is why I have continued to hire Mr. Santos as a structural engineer and that is why I hope to continue to work with him in the future. It's the right thing to do.

Mr. Santos is an excellent structural engineer in all the work that he performed on my buildings, and he displayed in his work to be a man of good character. He is a good man.

Respectfully yours,

Irving Zaretsky
Cell: 415-556-6875
Email: iiz@pacbell.net

Randall Knox, State Bar No. 113166
870 Market Street, Suite 820
San Francisco, CA 94102
(415) 765-7500
randallknoxlaw@gmail.com

Attorney for Rodrigo Santos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>v.<br><br><br>RODRIGO SANTOS,<br><br>Defendant. | } Nos. 21CR00268-001 SI<br>}    21CR00453-001 SI<br>}    22CR00345-001 SI<br>}<br>}<br>} **DEFENDANT'S**<br>} **SENTENCING**<br>} **MEMORANDUM EXHIBITS**<br>}<br>} Date: August 25, 2023<br>} Time: 11:30 a.m.<br>} Hon. Susan Illston<br>}<br>} |

# EXHIBIT 3

August 15, 2023

Honorable Susan Illston
US District Court Judge
Northern District of California

Your Honor,

I am writing this letter to offer my deepest apologies for the crimes I have committed, including defrauding San Francisco's Department of Building Inspection, a government office that I served as president of from 2001 through 2006. I have lied, cheated, and engaged in unethical activities that brought shame upon myself, my entire family, friends who cared for me, as well as clients and city leaders who put their trust in me. Although I did not serve the City of San Francisco in any capacity at the time I committed my crimes, I now realize that my unlawful and sometimes clownish deceptions also helped to erode the trust in the public institutions of the city that embraced me and became the source of my personal and professional success.

Realizing the magnitude of my crimes, I have plead guilty and given my full cooperation to law enforcement. I have also pledged to make full restitution to anyone who was affected by my nefarious actions. I have sent checks to the affected parties in excess of $350 thousand, and I have deposited an additional $150 thousand in a restitution account to be distributed by the US Department of Justice. The account now holds $150 thousand dollars and is available for distribution to the victims of my crimes. Additionally, I have amended my federal and state tax returns for the last ten years to account for all the unreported income that resulted from my deceptions.

I expect to be harshly punished for my criminal behavior and I have had ample time to reflect on my life's trajectory. However, I am absolutely convinced that once I have paid my debt to society and completed my sentence, I can once again make a positive contribution to this great city of San Francisco, where my two incredible children were born–a city that is permanently embedded in my heart. I envision myself on a mission of redemption that includes volunteering my services to alert young people to the trappings and potential pitfalls of success. I would also cherish the opportunity to help guide lower income homeowners and small business owners through the city's complicated permitting process that I once manipulated to help undo some of the damage I have done.

While I am committed to making restitution for my crimes by setting a positive example through good deeds going forward, I also realize that my punishment must also serve as an example to discourage others now in my once-privileged position from the criminal acts that I engaged in so freely. I have no one to blame for my ethical lapses but myself, and I now submit to the consequences of them.

I hope that Your Honor will consider this testament as well as my background–personal and professional–in deciding my final sentence. While the following biographic information cannot excuse or explain my crimes, I hope that it will give you some context into my background and character as you weigh the evidence and decide what level of punishment is appropriate for me.

I am an immigrant to the United States, but unlike so many who arrive here from other countries, I am blessed to come from a place of privilege with a supportive family. I was born on June 29, 1958 in Quito, Ecuador. My father was a lawyer and an economist, my mother was a movie critic, and my brothers have held important government posts. My brother Fernando is the current Ecuadorian Secretary of Energy and former representative to OPEC; my brother Eduardo served as Ecuador's Secretary of Finance and was ambassador to Switzerland and the former Soviet Union; and my brother Ricardo (deceased) served as the Ecuadorian Consul General to Germany in Hamburg and the United States in New York. In high school, I was a track star and held the national record for pole vaulting under the age of 18 in Ecuador.

However, in spite of the many opportunities open to me in my native Ecuador, I wanted to make it on my own rather than rely on my parents' connections. Like so many around the world, I saw the United States as the land of opportunity, and have had the desire to become a US citizen almost as far back as I can remember. When I was accepted into Stanford University's engineering program in 1976, I decided I would realize my lifelong dream and make the United States my home. Twenty years later in June 1996, and after much hard work, I became a naturalized US citizen at the Masonic Center on California Street in San Francisco, and I consider this to be one of my greatest accomplishments.

A decade before realizing my dream of US citizenship, I graduated from Stanford University with a master's degree in structural engineering and built a career and reputation in a field that I loved. After Stanford, I worked for a series of San Francisco-based consulting firms including Bechtel, Rutherford and Chekene engineers, and Pregnoff, Matthew & Beebe Structural Engineers. In 1984, when I was working for Pregnoff, Matthew & Beebe, I met Ginny at a party for a bunch of "engineering geeks," and the rest is history. Ginny and I were married in San Francisco in February 1988, and our beloved twins, Alex and Adriana, were born later that year. Today, Alexander is arguably the most talented, professional, and responsive Structural Engineer in the  Bay Area, and Adriana is a remarkable, committed professional at Salesforce. I couldn't be more proud of them.

In 1988, I started my own business and co-founded Santos and Urrutia Structural Engineers with Albert Urrutia, a classmate of mine from Stanford. We focused on providing engineering services to small building contractors primarily engaged in residential construction. We became the premier engineering consultants in the San Francisco Bay Area with 12,000 projects in the span of 32 years. My success in my field led to political success as well. In 2000, Mayor Willie Brown appointed me to the San Francisco Building Inspection Commission and Mayor Ed Lee appointed me to the San Francisco City College Board of Trustees in 2012.

I was proud to serve San Francisco, the city where I met my wife and raised my two beautiful twins, and I worked to give back to the city I loved. At Santos and Urrutia, I hired over 50 young engineering students over the past 35 years to work for me and learn the tremendously important profession of Sstructural engineering. As a former Community College Trustee I engaged in a campaign to encourage young people to enroll at the San Francisco City College with the ultimate goal to obtain a college degree. My passion has always been to become a mentor to students who that otherwise may not be inclined to pursue a formal college education, and I am still fully committed to pursuing my goal of motivating young people to follow their dreams by helping and encouraging them to enroll in San Francisco Community College.

Throughout my entire life I have been blessed with the ability to accomplish almost anything that I have pursued, but after achieving all the success anyone could ask for, I threw it all away by lying, cheating, and engaging in unethical activities. I took money from my clients that didn't rightfully belong to me and tampered with documents in an attempt to cover up my wrongdoings. I am extremely remorseful, and regret betraying the trust of my clients who expected and deserved better. I have caused my wife Ginny needless hardship and humiliation, and I am so thankful that she has stood by me through this horrendous ordeal I have put her through. For my twins, Alexander and Adriana, I have tarnished the legacy and reputation of our family name that I worked so hard to build for them.

While I cannot erase my crimes or my liability for them, I am fully committed to offer restitution to anyone citizen that feels betrayed by me. After serving whatever sentence you find appropriate for me, I will devote myself to serving the city and its people who have blessed me with so much with the hopes of once again being a man who that is worthy of the public trust that I once enjoyed. I humbly ask for leniency, so I can have the opportunity to serve my community and work towards becoming a husband and father that my family can be proud of.

Thank you Your Honor for this opportunity to be heard.

Sincerely,


Rodrigo Santos

Randall Knox, State Bar No. 113166
870 Market Street, Suite 820
San Francisco, CA 94102
(415) 765-7500
randallknoxlaw@gmail.com

Attorney for Rodrigo Santos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

RODRIGO SANTOS,

     Defendant.

} Nos. 21CR00268-001 SI
}     21CR00453-001 SI
}     22CR00345-001 SI
}
}
} **DEFENDANT'S**
} **SENTENCING**
} **MEMORANDUM EXHIBITS**
}
} Date: August 25, 2023
} Time: 11:30 a.m.
} Hon. Susan Illston
}
}

# EXHIBIT 4

# *Tess Lopez Sentencing Consulting*

P.O. Box 1357
Bodega Bay, CA 94923

telephone (415) 408-8799
Email: sentencinghelp@gmail.com

August 3, 2023

Ms. Jessica Goldsberry
Supervising U.S. Probation Officer

U.S. v. Rodrigo Santos

Dear Jessica:

On behalf of Rodrigo Santos, we would like to take this opportunity to present an analysis of the mitigating factors in accordance with 18 U.S.C. § 3553(a), which we hope will be useful in assessing an appropriate sentence.

(1) With respect to Rodrigo Santos's personal history and characteristics, many letters reflect his commitment to his wife and children, his extreme determination and generosity to support his nephews and nieces and pay for their education, his very personal connection and dedication in caring for his mentally and developmentally challenged brother for the past 17 years, his role in acting as a mentor and supporter of young people in the community, and his genuine kindness and generosity in helping others repeatedly without expectation of anything in return, his volunteer efforts and service in the community for which he has received accolades and recognition.

With respect to his personal history, Rodrigo was raised by productive and supportive parents in Quito, Ecuador. His parents and his older siblings instilled the importance of education and Rodrigo excelled academically, was active in sports and he held the national record for pole vaulting under the age of 18 in Ecuador. Rodrigo was privileged to have come from an upper-middle class family with many opportunities open to him. However, he felt a strong sense of purpose to earn his own place and set his own path.

1

# Rodrigo takes care of his family and extended family

Perhaps the best measure of success for Rodrigo has been the love, kindness, mentorship and support he has shown to his family members. Although his older siblings are highly successful, it was Rodrigo who adopted the role of caretaker for his extended family.

According to his brother, Rene,

> "He is best known and admired for helping his family and friends. Rodrigo has been an excellent father and uncle. Thanks to Rodrigo, his daughter and son were able to get a good college education and are both now very successful professionals in the San Francisco area. In addition, he paid for college studies of four of his nephews that without his support would not have been able to get an education. Besides helping his four nephews go to college, he employed them and several other relatives in his company until they were able to get other jobs. In summary, Rodrigo has not only been an outstanding professional but more importantly a very generous and caring brother who never asks for anything for himself but is always ready to help others."

A letter from his niece, Maria Cordovez, reads in part,

> "The first time I recall spending time with him was when I was 12 years old. He invited my mom, my siblings and me to California. ON that trip he mentioned that when I finished high school. He. Would pay for my university here in the USA. I did not think much of that comment, but true to his word, once I graduated, he paid for my university in UC San Diego. My uncle not only paid for the university and living expenses for me (and later for my two brothers) but he gave me the attention of a father. He was always willing to go on a walk, chat, catch a movie, and listen to the 6 favorite CD's of the time. I would go to his office often and see how all his employees admired him. He is a mentor to many of them and to me. After graduating from UC San Diego with a Masters degree in Structural Engineering, I went to work for him at Santos and Urrutia for almost 5 years. It was a great diverse group of people, many young engineers like me at the time-with no engineering experience who he mentored and guided in those first formative years after graduating and having the first real world job. I got my professional engineering license but can say I owe who I am today to my uncle. None of that would have been possible without my uncle's assistance and 100% commitment to see me become successful and happy. I am humbly requesting that you consider his good actions throughout his life without asking anything in return."

A letter from his nephew, Bernardo Cordovez Santos, reads in part,

> "One of my first memorable moments with my uncle dates to my grandmother's funeral in Quito, Ecuador, in 1999. People there were chattering about him in the corridors as always, stuck somewhere between awe and fascination: He was the man who migrated to the United States, graduated from the famed Stanford University, and built a successful structural engineering firm that employed dozens in San Francisco out of nothing. He was the personification of success. By 1999, he had already paid or was paying for both my siblings' engineering tuition and covered the funeral. As the guests were leaving the family dinner, my uncle and I briefly talked about how I was about to graduate in a few years. I vividly recall him telling me with a grin: "You are going to study in California and become an

engineer. You will be an engineer, so you do well, so your kids can choose to be Arts majors. But that's not in store for you." My parents were middle-class Ecuadoreans; we drove a 1979 Peugeot, which in all fairness was an upholstered coffin with wheels. We had little business paying for Ecuadorean college and certainly had zero business paying international student tuition rates in the best public university system in the world. But my uncle believed in me, like he believed and supported so many others, and despite his financial commitments to his immediate family and projects, he gave me this incalculably immense opportunity. This opportunity changed my life; he never asked for anything in return. I worked hard in high school and got into UCSB, where I studied Mechanical Engineering. I always had the energy to do well, inspired by his greatness. I had the fortune of leaving college debt free, a privilege that I do not take for granted, and I only have one person to thank. I did my part and secured a funded Ph.D. engineering program at Cornell University, where I graduated. Inspired by his entrepreneurship, I founded an engineering firm of my own, also from nothing except my education. I now help lead this biotechnology company in the Bay Area, employing forty people in our community and providing high quality products to the biggest pharmaceutical companies in the world. This success, and that of my siblings, which has created jobs and opportunities for countless families, does not come from a vacuum and nucleates from a sole source: Rodrigo. His kindness, support and love he has shown my family throughout, but particularly since we moved back to California has been a huge, indelible part of my life.

His ability to help and transform people for the best is an asset for society. Rodrigo's kindness can provide practical, unwavering support to his community, his family, and many lives. I have been fortunate to witness his kindness, generosity, and profound impact on me and those around him."

A letter from his nephew, Juan Ricardo Santos Ploog, reads in part,

"Rodrigo has always been a pillar of strength and a source of inspiration for me. From teaching me how to ride a bike as a child to patiently imparting swimming skills, he has been a constant presence in my life, providing unwavering encouragement and guidance. These experiences not only highlight Rodrigo's willingness to invest his time and effort into nurturing his family members but also underscore his deep commitment to fostering growth and development.

Moreover, Rodrigo's belief in the power of education has been an instrumental force in shaping my academic and professional journey. He generously sponsored me, along with my cousins Bernardo, Juan Diego, and Maria Jose, to come to the United States and pursue higher education at City College of San Francisco. This act of kindness allowed us to access opportunities that would have otherwise remained beyond our reach. Furthermore, when I completed my undergraduate studies at St. John's University, Rodrigo provided the financial support I needed to pursue an MBA, solidifying my foundation for success in the business world. I have no doubt that his influence and guidance have shaped me into the successful executive and entrepreneur that I am.

Judge Illston, I kindly request that you consider Rodrigo's long history of kindness, generosity, and dedication to his family and community when making your decision. His positive impact on my life and the lives of countless others cannot be overstated."

A letter from his nephew, Juan Cordovez, reads in part,

"My name is Juan Cordovez, and as Rodrigo Santos' nephew I write to you today to share who I know Rodrigo to be, and describe how his kindness and support for my family is the sole reason I am alive and living the American Dream. My father suffered from alcoholism and it extended to abuse for me, the oldest son. Ecuador in the 1980s and 1990s offered minimal opportunity for a person like myself who loved technology, loved to create things. Rodrigo, having worked his heart out to make it to the USA and study to be an engineer, recognized my situation and helped me move to the USA. He helped me attend city college, to earn a spot in the UC System, to become a professional. He showed me the power of hard work, of discipline. I would spend summers and holidays with him in San Francisco, waking up at 3:45AM to go for a 5 lap run around Dolores Park, workout, and walk for one hour to his office back then in De Haro street. Come back at 5:30PM and do it all over again for a second time a day. He taught me how to find knowledge from books, film, and networks. The impact he made on me was absolute. There is no doubt in my mind that without his help I would have entered into the same self-destructive path that my father had taken. I am not confident I would be here today. Because Rodrigo saved me, I got my chance. Because of his mentorship I was given the tools to take that chance. Today I serve as Chief Commercial Officer for GlobalFoundries, a $30Bn market cap company (NASDAQ: GFS), expanding semiconductor manufacturing across the USA, Europe, and Asia."

A letter from Rodrigo's sister-in-law, Jeannette Santos, reports,

"Rodrigo is my husband René's youngest brother, 2 years my junior. Rodrigo dispensed advice and financial help to many. If anyone in the family had a need, Rodrigo was the son/brother/uncle approached for support. He paid in full for the college education of his sister's 3 children in the UC system, as they would not have been able to manage otherwise. She had been like a mother to him, he loved his niece and nephews and was glad to help. They are successful engineers in their own right, thanks to that support. He helped a fourth substantially to cover his university costs. He financed the rehab treatment of a fifth nephew. He underwrote the financial affidavit for a sixth so that he could pursue his MBA at the University of Chicago. The list goes on with many examples of what he has done for his immediate/extended family and acquaintances in need throughout the years. He never denied a request for help, maybe his greatest fault.
I know him to be a dedicated family man, who has given everything to be a positive force especially to his brother Mario, to his wife and children, nieces, nephews, the younger generations in general. He was an attentive son, who also helped his parents financially towards their end, a selfless and caring man, who has always extended his helping hand to the many that have asked.
I am writing this testimonial trying to bring light to the character of someone dear, who has given much to many and taken very little in return. My words are falling short in summarizing all that Rodrigo is and has been to the family and friends that have received guidance and support through the years.

**Rodrigo lovingly cares for his brother Mario**

A letter from Rodrigo's brother, Rene, adds,

> "He is best known and admired for helping his family and friends. He has supported our brother Mario (currently 66 years old and mentally challenged) in San Francisco for the past 17 years. Mario is unable to function by himself and is therefore heavily dependent on Rodrigo who spends several hours with him every week helping with various chores and providing the companionship that he needs. I am very concerned about Mario losing this support if Rodrigo is absent as me and my wife live far away (New York city). We would like to help him more but unfortunately, due to his mental condition, Mario does not communicate with us and only wants to interact with Rodrigo."

A letter from his wife, Virginia, reads in part:

> "Rodrigo has a mentally challenged brother, Mario, a couple of years older than him. As they were the closest in age of the seven siblings, they developed a very close relationship where Rodrigo was often responsible for him. After their father's death seventeen years ago, Mario came to San Francisco. Since then Rodrigo has been his exclusive caregiver and Conservator. His attentiveness, caring, and nurturing, has benefited Mario in such a way that he is able to live on his own in a studio apartment".

A letter from his daughter, Adriana, reads in part:

> "One of those people that he has demonstrated deep compassion for is my uncle Mario. Mario is my father's older brother that has special needs and is unable to care for himself. Because of my father, Mario has always been in my life, even before he officially moved from Ecuador to San Francisco when I was a teenager. I remember vividly hearing the news during the summer going into my freshman year of undergrad that Mario was coming to live with us in San Francisco. My paternal grandfather had just passed away. My father took it upon himself to take on the role as my uncle's official guardian. He took on the role with pride, without second guessing, and without complaint. Through the years, Mario has become a key member of our close-knit family, even as his mental condition has declined. My father always made sure Mario was a part of our family unit – having him come over 3 nights a week for dinner, enrolling him in yoga or Community College classes, spending weekends with him, and more. It was an act of complete devotion and compassion for the position that Mario is in. No matter what, Mario knows he is taken care of and loved."

A letter from his niece, Maria Cordovez, reads in part,

> "There is one person that relies 100% on my uncle and that is my uncle Mario, his older brother who has mental issues and has never been able to work. My uncle took over his care in 2006 when my grandfather died. Not only has he been paying for his accommodation, food, etc but he visits him all the time and checks on him on a regular basis. My uncle Mario would be lost without his brother. My mom passed away almost 9 years ago and there is no one in this world that has a link with my uncle Mario than my uncle Rodrigo."

A letter from his nephew, Juan Ricardo Santos Ploog, reads in part,

> "Regarding his kindness to others, Rodrigo single-handedly cares for his brother Mario. Mario is mentally challenged, and Rodrigo has fully cared for his housing, food, financial and emotional well-being ever since their father's passing in 2006. Mario would be lost and imperiled without Rodrigo: Rodrigo sees him several times every week and ensures he has what he needs. His kindness, support and love he has shown my family throughout, but particularly since we moved back to California has been a huge, indelible part of my life."

A letter from Rodrigo's sister-in-law, Jeannette Santos, noted above, also reports,

> "What struck me above all his many likable traits, was how protective and caring he was of his physically and mentally challenged 2 year older brother Mario. A pattern that has been a constant throughout the years. He has been his protector/mentor/brother/friend. There were 7 siblings (6 full/1 half) in the family, which helped raise themselves by age proximity. Rodrigo and Mario, the two youngest, have always shared a very special bond.
> A big concern among many, is what will happen to his brother Mario (67 years old in September) in his absence. Mario only talks to Rodrigo and wants nothing to do with the rest of us, even though we are trying to be there for him, for them."

A letter from his nephew, Juan Cordovez, noted above, also reads in part,

> Rodrigo is the most generous person I know. To this day he loves and supports his older brother, my dear uncle Mario, who suffers from mental incapacities. My uncle Mario was born with disabilities, and even though younger Rodrigo always cared for him, always was his advocate, ensured Mario lived with happiness and dignity. When my grandfather died in 2016, Mario lived with him in Ecuador. There was no forcing function requiring that Rodrigo step up and adopt Mario, give him shelter, move him to the USA and care for him. He did it because he is kind, because he feels love, and has a strong sense of duty. To this day Mario is alive and thrives because of Rodrigo's selflessness and kindness. Both of us are."

## Rodrigo is a caring, engaged husband and father

A letter from Rodrigo's wife, Virginia Santos, reads in part,

> From the moment we met I saw characteristics in Rodrigo that I admired and looked for in a partner. He is a devoted family man, kind, compassionate, generous, supportive, with a strong work ethic. I saw the importance he placed on family through his interactions with his many family members. On numerous occasions, he flew his sister and 3 young children from Ecuador to San Francisco for summer vacations. He would entertain them with outings to Stanford University (his alma mater) and UC Berkeley. He shared and emphasized what was possible through education and study, that they could have a profession that is both meaningful and purposeful. He wanted the best future possible for his family.
> Rodrigo is the uncle his nephews and nieces always call, to discuss, to advise, and to assist financially, their educational and future life. At his encouragement, many times this led to traveling to San Francisco, living at our house, while attending City College and working part-time at Rodrigo's company (a learning experience in itself). All of these young people

transferred to 4 year colleges, pursued post graduate degrees and lead fulfilling and productive lives.

Rodrigo has always been a supportive and considerate partner. When we had our twins, Alex and Adriana, it was quite an awakening to parenthood. With his easy going nature and a fix it mentality, Rodrigo would get up at all hours of the night to walk crying babies and then get up early to be at the office at 5 AM. From the time the children were very young he would strap them both in the double stroller and take off for walks. What started out as short strolls led to half day and full day excursions over time. He was an involved father, he coach Alex's soccer team in elementary and middle school and attended Adriana's Ballet recitals. He worked with both children when they needed help with school courses, particularly anything to do with math. I was grateful for that!

Rodrigo has pled guilty to Conspiracy and Honest Services Fraud, Bank Fraud and Identity Theft and will be sentenced by the court. It has been difficult to reconcile as this admission is so out of characteristic of the man I know and love. I stand by him and if anything, this horrendous experience has strengthened our relationship. With all of his positive qualities, he unfortunately, put tremendous preasure on himself to look out for everyone else, never say no, and try to solve everyones problems. Rodrigo realizes his mistakes and is extremely remorseful and shamed that his actions have embarrassed family, friends and associates and I must say, financial ruined his family."

A letter from his daughter, Adriana, reflects,

"Over the last 34 years, my father and I have shared a special bond that has guided and shaped me into the person I am today. As a young girl, I was always observant of the distinct aura that my father carried with him wherever he went. Whether he was hosting and storytelling to my extended Ecuadorian family, taking my twin brother and me out on our Sunday morning strolls in Noe Valley, or entertaining me with drafting instruments at his engineering firm, I was in awe of the effect his magnetic energy had on people. I could see the way he drew people in, made connections, and brought passionate energy to any conversation. For me and countless others, my father is marked by his dependability, compassion, and ability to provide whole-hearted support. These are the qualities that come to mind when I think of my father. As one of the most dependable people that I know, my father has carried me through some of my most challenging times growing up. One of those times was in second grade when I was diagnosed with dyslexia. While I was lucky enough to benefit from private tutoring to help me manage my learning disability, the need for extra help was a recurring blow to my confidence and constant reminder of not feeling smart enough. During these formative years, my dad was right by my side as my steadfast champion. He helped me tackle these challenges head-on and my studies were an area where he knew he could lean in. The beauty was that I could count on him. I felt safe to push myself knowing there was zero judgment and no limit to the time that was needed for me to learn.

Even with his hectic work schedule, he would wake up at 3:00 a.m. to photocopy my entire course book, run through all the problems himself, and then work through the same problems with me each night for 2-3 hours after dinner. As the weeks went on, sure enough, the material became progressively manageable. And to my amazement, I was getting better. If I regressed, he would patiently work through the material with me, we would go back to our system of brute-force problem solving, and I would slowly regain my confidence. By the time I sat down for the final exam (my class by then had shrunk in size by 80%), I was ready and I passed, ultimately getting a B in the course. I'll never forget the way this experience

impacted my life. Not only did it speak to my father's nature, but he taught me so many lessons. These are lessons and life-skills that I apply to this day in my career. Through him, I learned the power of determination, patience, and hard work. He allowed me to believe that I should never underestimate my abilities or what I think I can achieve.

His compassion is also one of the things that I look up to as it shows up in so many beautiful ways. Not only is he able to put himself in someone else's shoes who may be struggling, he is able to transform those feelings into actions, making people's lives better.

As I reflect, I think that his encouragement and support of others is what feeds the aura that surrounds my father and draws so many people to him. He is everyone's biggest cheerleader. At the end of the day, he succeeds when he helps others succeed and realize their full potential."

A letter from Rodrigo's son, Alex, reads in part,

"I can confidently say he has had the most impact on my life than any person I have ever known. I want to emphasize the positive impact my father has had on my life and the success I have achieved as a result. He instilled in me the values of dedication, responsibility, and the fundamentals of engineering that have been crucial to my achievements. Passing the professional engineering licensing exam in California, which is one of the most exhaustive and difficult exams in the state, was made possible by his tireless mentoring and training over a 9-month period. During that time, our relationship transformed from a father-son dynamic to a mentor-mentee one. Working closely with him allowed me to see him on a human level, and our shared passion for engineering became a rite of passage. His dedication and support helped me immensely in furthering my career in engineering.

He created a blueprint for success in the industry, which I have honored by replicating it with integrity and excellence. I started my own structural engineering firm in 2017 which has grown into a multi-million-dollar annual enterprise, thanks to his teachings.

Without my father's influence, I would not have had the confidence or knowledge to run a successful company. His mentorship and experience continue to be invaluable to me, especially when facing difficult challenges. Losing him would not only mean losing a father, but also a mentor and guide. The greatest testament to a person's influence is seeing their life's work replicated. I am honored to be in the position I am today because of my father. I cherish my father's guidance, and his absence would be irreplaceable."

A letter from Jeffrey Labahn, partner of Rodrigo's daughter, reads in part,

"One thing that has always struck me is how Rodrigo consistently finds time to have Friday lunches with Adriana, allowing them to catch up and enjoy each other's company. On the occasions when I have had the opportunity to join them. I have been impressed by Rodrigo's genuine interest and engagement in Adriana's life and accomplishments. He consistently inquires about her job and they engage in in-depth conversations about their respective lives."

**<u>Rodrigo supported and mentored young people helping propel their careers</u>**

A letter from a friend and business colleague, Kevin O'Connor, states in part,

> "Rodrigo was very proud of kids and how well they did in school and in their lives and you could see the pride shined through having been a great dad. Rodrigo had several young engineers that worked at S&U and you could always see how he cared for them and nurtured their development. He was very proud to teach them the skills that he had developed over his many years of experience which was a priceless opportunity. Rodrigo seemed without vice and the quality of his character was without question, providing opportunities to those in need and new to the business of engineering."

According to Arten Chan, an engineering graduate student,

> "Rodrigo's role as a mentor has been exemplary. Not only Rodrigo provide internship opportunities in the summer, Rodrigo offers them hands on experience in the field. The practical exposure allows students to apply their theoretical knowledge in a real-world setting and the experience is not always offered at other firms. Rodrigo creates an environment for students and trainees to engage in conversations. These interactions can be incredibly valuable, as students have the opportunity to learn from Rodrigo's experiences, ask questions, and seek advice on their career paths. I remember one important saying Rodrigo shared: being a civil engineer i noy just all about making money, but id to serve and create safe buildings with your knowledge for the public. Additionally, by teaching students how to become an engineer, Rodrigo is providing them guidance and support throughout their educational journey. He shares information about relevant courses, certifications, and skills necessary for success in the engineering field. Rodrigo's commitment to mentoring students not only convey technical knowledge but also enhances essential skills such as teamwork, effective communication, and problem solving. By supporting these skills, Rodrigo is helping students develop a well-rounded foundation that will serve them well in their future engineering careers."

According to Carlota Del Portillo, college administrator,

> "He was instrumental in helping FMC secure venues where we could hold our scholarships award events, free of charge or at low cost. He counseled some of our students who wanted to study architecture. His ability to speak Spanish helped him converse with our limited English-speaking students. Through the years his ability to identify entities that would fund educational non-profits helped us apply for funds and continue our work. He has been a good friend to education and to my community."

According to Danny Haber,

> "When I first started in San Francisco in 2014 and did not have two nickels to rub together, I was introduced to Rodrigo early on. I had no money, and no experience. He never once did not return a message, he took on work despite not knowing if we'd be able to pay him and sometimes we couldn't for a few months. When we ran into issues he continued to do the work and allowed us to make payment plans, he knew what we were going through and he trusted us to keep our commitment and I did not intend to let him down.

He held office hours for Irish contractors and myself starting at 5am at his office. I would show up whenever I had a question about structural design, construction, or anything in general. If I had an urgent question he was often free on Saturdays to review in his office. He lent books to me, made introductions when I requested, helped on design, and was often in good spirits when I went through dark days that happen periodically whenever you try to build something bigger than yourself."

According to Kathryn Gaehwiler,

"He took an interest in my daughter Jeannette Gaehwiler's desire to become an engineer and was a mentor to her as she interned in his office during her college years and worked there afterwards as an engineer. He was especially supportive from the time she developed a brain tumor until her death two years later at age 33. He kept her spirits up and mind active by providing challenging work within the confines of her often-complicated treatment schedule. He was a trusted confidant who she relied on to reduce her stress by interceding to resolve the frequent conflicts between her father and husband. His accommodation of her needs and caring support during this difficult time went beyond what anyone could expect from an employer."

## Rodrigo's Good Deeds and Compassion to Help Others

Dozens of letters submitted reflect gratitude from young people for whom he provided opportunities, local residents for whom he repeatedly volunteered his time, and his daily service from 5:00-7:00 a.m. to provide answers and assistance to anyone who showed up.

Besides helping many individuals, Rodrigo's service of the community spans over a 20-year period.

Although his community service has been highlighted in the social history report, it is copied here for easy reference.

Rodrigo has engaged in many volunteer projects over the years. A few of them are noted below.

In 2000, Rodrigo was appointed to the San Francisco Building Inspection Commission by then Mayor Willie Brown. On June 20, 2005, he received a Certificate of Honor from the Building Inspection Commission in recognition for his outstanding and dedicated service as a structural engineer on the Building Inspection Commission, having served as Commissioner from January 2000 to February 2004 and as President from March 2004 to January 2005. Please see the attached certificate.

In 2012, Rodrigo was appointed to the San Francisco City College Board of Trustees by then Mayor Ed Lee. In this capacity, Rodrigo encouraged young people to enroll at the San Francisco City College with an ultimate goal to obtain a college degree. His passion was to become a mentor to students who otherwise may not be inclined to pursue a formal education. Please see the attached letter of appointment.

In December 2016, Rodrigo was appointed as a member of the Workforce Investment San Francisco Board, a policy and oversight committee that sets the direction for the City's workforce system. Please see the attached letter of appointment from former Mayor, Ed Lee. He was appointed for a two-year term ending in January 2019.

In November 2008, Rodrigo received a certificate of recognition for his participation in the Mission Language Vocational School for his outstanding commitment and contributions to influencing public policy through education and advocacy, while continuing to promote education programs for all. He received the attached certificate from California Assemblywoman, Fiona Ma.

In November 2008, he was also awarded the 2008 Entrepreneurial award from the Mission Language and Vocational School for his commitment and dedication to creating a positive future for the Latino community. Please see the attached certificate from Assemblyman, Mark Leno and certificate from Assessor-Recorder, Phil Ting.

In May 2012, Rodrigo received a certificate of honor from the San Francisco Board of Supervisors in appreciation for his outstanding commitment to educating the youth of San Francisco.

## Acceptance of Responsibility – Rodrigo does not excuse his conduct

Rodrigo is deeply ashamed and embarrassed that he has violated the law. In his written statement to the court he admits to his poor conduct,

> "Throughout my entire life I have been blessed with the ability to accomplish almost anything that I have pursued, but after achieving all the success anyone could ask for, I threw it all away by lying, cheating and engaging in unethical activities. I took money from my clients that didn't rightfully belong to me and tampered with documents in an attempt. To cover up my wrongdoings. I am extremely remorseful, and regret betraying the trust of my clients who expected and deserved better, I have caused my wife Ginny needless hardship and humiliation, and I am so thankful that she has stood by me through this horrendous ordeal I have out her through. For my twins, Alexander and Adriana, I have tarnished the legacy and reputation of our family name that I worked so hard to build for them."

According to his wife, Virginia's letter,

> "Rodrigo has been working 7 days a week for the last 3 years, since his arrest, to pay back everyone who has been defrauded and make amends. Rodrigo is still a good person with qualities that can benefit and contribute to the community at large. I ask you kindly to consider leniency during sentencing. Rodrigo is still the hardest working person I know and still is helping people solve their problems. I know that he wants and can be a productive member of society once again."

A letter from his nephew, Juan Ricardo Santos Ploog, reads in part,

> "He deeply regrets the choices he has made and is genuinely remorseful for his involvement in criminal activity. Rodrigo's commitment to personal growth and his determination to make amends for his actions are evident in his words and actions. I wholeheartedly believe that this experience will serve as a turning point, enabling him to emerge as a more compassionate, responsible, and law-abiding member of society."

A letter from a friend and business colleague, Kevin O'Connor, states in part

> "From the moment this all began, Rodrigo was apologetic and did everything he could to right the wrong and to this day has worked hard to finish the job he started on my residence working tirelessly through heightened review from SFDBI. Please know that Rodrigo has shown remorse and made good on his word to me and I hope you will consider leniency in the sentence you impose."

<u>Prior to discussing the need for punishment and deterrence, it makes sense to discuss 18 USC 3553(a)(3)(4) and (5) – The kinds of Sentences Available and The Guidelines and Policy Statements</u>

As you know, an important amendment to the Guidelines takes effect on November 1, 2023, and provides a two-point downward adjustment for offenders with zero criminal history points. There are two subparts.

The PSR correctly calculates the total offense level of 24, Criminal History I which provides a guideline range of 51 to 63 months.

On April 27, 2023, the United States Sentencing Commission released a report of the 2023 adopted amendments which will become effective on November 1, 2023. Among these amendments, is a new two-point reduction for offenders with zero criminal history points. Specifically, the amendment indicates the following:

Subpart 1 – Adjustment for Certain Zero-Point Offenders Subpart 1 of Part B of the amendment creates a new Chapter Four guideline at §4C1.1 (Adjustment for Certain Zero-Point Offenders). New §4C1.1 provides a decrease of two levels from the offense level determined under Chapters Two and Three for offenders who did not receive any criminal history points under Chapter Four, Part A and whose instant offense did not involve specified aggravating factors.

The Sentencing Table in Chapter Five, Part A is divided into six criminal history categories, from I (lowest) to VI (highest). Criminal History Category I includes offenders with zero criminal history points and those with one criminal history point. Recidivism data analyzed by the Commission shows, however, that offenders with zero criminal history points have considerably lower recidivism rates than other offenders, including offenders with one criminal history point. t https://www.ussc.gov/research/researchreports/recidivism-federal-offenders-released-2010.

See U.S. SENT'G COMM'N, RECIDIVISM OF FEDERAL OFFENDERS RELEASED IN 2010 (2021), available at https://www.ussc.gov/research/researchreports/recidivism-federal-offenders-released-2010. Among other findings, the report concluded that "zero-point offenders" were less likely to be rearrested than "one point" offenders (26.8% compared to 42.3%), the largest variation of any comparison of offenders within the same Criminal History Category.

In addition to having zero criminal history points, all of the following criteria must be met:

• the defendant did not receive an adjustment under §3A1.4 (Terrorism);

• the defendant did not use violence or credible threats of violence in connection with the offense;

• the offense did not result in death or serious bodily injury;

• the instant offense of conviction is not a sex offense;

• the defendant did not personally cause substantial financial hardship;

• the defendant did not possess, receive, purchase, transport, transfer, sell, or otherwise dispose of a firearm or other dangerous weapon (or induce another participant to do so) in connection with the offense;

• the instant offense of conviction is not covered by §2H1.1 (Offenses Involving Individual Rights);

• the defendant did not receive an adjustment under §3A1.1 (Hate Crime Motivation or Vulnerable Victim) or §3A1.5 (Serious Human Rights Offense); and

• the defendant did not receive an adjustment under §3B1.1 (Aggravating Role) and was not engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848.

Subpart 2 – Implementation of 28 U.S.C. § 994(j)

See https://www.ussc.gov/sites/default/files/pdf/amendment-process/reader-friendly-amendments/202305_RF.pdf

Subpart 2 of Part B of the amendment revises the Commentary to §5C1.1 (Imposition of a Term of Imprisonment) that addresses "nonviolent first offenders." New Application Note 10(A) provides that if the defendant received an adjustment under new §4C1.1 and the defendant's applicable guideline range is in Zone A or B of the Sentencing Table, a sentence other than a sentence of imprisonment, in accordance with subsection (b) or (c)(3), is generally appropriate. New Application Note 10(B) adds a corresponding departure provision providing that a departure, including a departure to a sentence other than a sentence of imprisonment, may be appropriate if the offender received an adjustment under new §4C1.1 and the applicable guideline range overstates the gravity of the offense because the offense of conviction is not a crime of violence or an otherwise serious offense.

The changes to the Commentary to §5C1.1 respond to Congress's directive to the Commission at 28 U.S.C. § 994(j), directing the Commission to ensure that the guidelines reflect the general appropriateness of imposing a sentence other than imprisonment in cases in which the defendant is a first offender who has not been convicted of a crime of violence or an otherwise serious offense. The Commission determined that the revised commentary serves Congress's intent in promulgating section 994(j) while providing appropriate limitations and guidance through reliance on the criteria set forth in new §4C1.1 and the specific statutory language set forth in section 994(j).

Although the amendment does not take effect until November 1, 2023, in the interest of resolving sentencing on the date set by the Court for 8/25/23 and not requesting a continuance to a date after November 1, 2023, we request that the Court grant a two-level variance under U.S.C. 3553(a). The Commission promulgated §4C1.1 because longstanding data and judicial practice indicated that the guideline-recommended sentences for people with zero criminal history points were greater than necessary to serve the purposes of sentencing. The reasons the Commission promulgated this amendment are not new—and they apply equally to prospective sentences and sentences already imposed. https://www.ussc.gov/sites/default/files/pdf/research-and-publications/retroactivity-analyses/2023-criminal-history-amendment/202305-Crim-Hist-Amdt-Retro.pdf

Therefore, in consideration of the new amendment, Rodrigo's guideline range should be level **22** with a range of 41 to 51 months.

### The Courts continue to sentence well below the guideline range in fraud cases

U.S. district court judges no longer find credence in the fraud guidelines. According to the second quarter 2023 sentencing statistics released by the USSC, judges are imposing guideline sentences in fraud cases only **42.2%** of the time. See Table 10. https://www.ussc.gov/sites/default/files/pdf/research-and-publications/federal-sentencing-statistics/quarterly-sentencing-updates/USSC_Quarter_Report_2nd_FY23.pdf

The average sentence imposed in a fraud case was **62.9%** below the guideline range. See Table 17 above.

With respect to the guidelines, see U.S. Sentencing Commission, Amendments to the Sentencing Guidelines (May 3, 2010) (The amendments, which took effect November 1, 2010, increase the availability of non-custodial sentences for certain non-violent offenders, based on "recognition of increased interest in alternatives to incarceration by all three branches of government and renewed public debate about the size of the federal prison population and the need for greater availability of alternatives to incarceration for certain non-violent first offenders.").

2) The need for the sentence imposed to reflect (A) the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

Our country is at a historical moment in time when there is active bi-partisan encouragement from Congress, support from prosecutors, defense counsel and judges, expressing the need to lower the sentences of non-violent offenders. All agree that we need to shift from lengthy prison sentences to shorter sentences that include treatment and counseling. Although proposed legislation continues to change, sentencing reform is coming. New legislation such as the First Step Act attempts to address lengthy prison sentences for non-violent drug offenders. It provides inmates up to 15 days earned time credits per month if they complete rehabilitative programs.

The new commentary to 5C1.1 as part of the new amendment **again** directs the court to consider 28 U.S.C. 994(j), "The Commission shall insure that the guidelines reflect the general appropriateness of imposing a sentence other than imprisonment in cases in which the defendant is a first offender who has not been convicted of a crime of violence or an otherwise serious offense,

and the general appropriateness of imposing a term of imprisonment on a person convicted of a crime of violence that results in serious bodily injury."
https://guidelines.ussc.gov/ab/28U.S.C.%C2%A7994

When considering just punishment, it is requested that the probation officer and the Court consider Rodrigo's personal history and characteristics and his direct admission and acceptance of responsibility and immediate payment of a large part of restitution.

Rodrigo has never before been arrested and his risk of recidivism is extremely low.

A report was released on January 13, 2013, entitled, *Recidivism of Offenders on Federal Community Supervision.* The report was authored by William Rhodes, Ph.D., Christina Dyous, M.A., Ryan Kling, M.A., Dana Hunt, Ph.D., Jeremy Luallen, Ph.D. and the study was funded by the Department of Justice. The report identifies several factors that can increase or decrease a person's risk of committing a new offense or being revoked during their period of supervision. Factors that increase risk include criminal history, gender, race, drug abuse problems, mental health issues, unemployment and the need for financial help, housing, and transportation. Factors that decrease risk include having a strong social support system, marketable educational and vocational skills, motivation to change and age.

Rodrigo has no criminal history. He does not suffer from drug addiction or mental illness. Conversely, he has all of the factors that decrease risk such as a strong support system, marketable skills and mature age.

A report on recidivism was released by the U.S. Sentencing Commission on September 30, 2021 entitled "Recidivism of Federal Offenders Released in 2010". This report provides an overview of recidivism for these offenders and information on key offender and offense characteristics related to recidivism.

Similar to findings in its previous studies, the Commission found age and Criminal History Category (CHC) were strongly associated with rearrests.

Offenders in CHC I (the least serious CHC) had the lowest rearrest rates (30.2%) and offenders in CHC VI (the most serious CHC) had the highest rearrest rates (76.2%).
In addition, nearly three-quarters (72.5%) of offenders younger than age 21 upon release were rearrested during the study period compared to 15.9 percent of offenders aged 60 and older.

Combined, the impact of CHC and age on recidivism was even stronger. During the eight-year follow-up period, 100 percent of offenders who were younger than 21 at the time of release and in CHC IV, V, and VI (the most serious CHCs) were rearrested. In contrast, only 9.4 percent of offenders in CHC I (the least serious CHC) who were aged 60 and older at release were rearrested. Offenders sentenced for firearms and robbery offenses had the highest rearrest rates during the eight-year follow-up period, with 70.6 percent and 63.2 percent, respectively. In contrast, offenders sentenced for fraud, theft, or embezzlement had the lowest rearrest rate (35.5%).

Rodrigo presents an extremely low likelihood of recidivism.

(6) Need to avoid unwanted sentencing disparities

The Court must consider Rodrigo's involvement in the offense as it relates to other offenders.

The average sentence imposed for a fraud offense is 22 months. See Table 17 https://www.ussc.gov/sites/default/files/pdf/research-and-publications/federal-sentencing-statistics/quarterly-sentencing-updates/USSC_Quarter_Report_2nd_FY23.pd

Additionally, as noted in paragraph 122 of the PSR, "The defendant has never been arrested before this case. By all accounts he appears to be very dedicated to his family and has financially supported numerus relatives. He remains legally and financially responsible for an adult developmentally delayed brother. He has worked in the field of structural engineering for forty years and has received accolades for his assistance to the City of San Francisco.

(7) Need to Pay Restitution

An amount of restitution has not been determined. Rodrigo has set aside funds for restitution and the exact figure will be provided prior to sentencing.

<u>Conclusion</u>

The Court must consider a sentence that makes sense and meets all of the objectives of sentencing.

Rodrigo blames no one for his own poor decision to break the law. He is deeply remorseful and presents no excuses for his conduct. It is evident that Rodrigo has adopted the role of caretaker for many. His history reflects a lifetime of hard work and the service of others. He is not a greedy person, does not own a lavish house or drive a fancy car. He does not take vacations. Rather, he donates his time daily by opening his office in the early morning to those who need his help and guidance.

Rodrigo is an extraordinary, generous, kind man who respectfully requests that the Court view his life in its entirety, not simply the time frame during which he committed the instant offense. Rodrigo is a hard-working, successful engineer and committed father who has shown the propensity to give back to the community at large for many years. He has repeatedly shown sincere compassion in quietly paying for the education of six of his sibling's children, becoming guardian for his disabled brother and lovingly caring for him for the past 17 years. He has extended his help and support to many friends, and devoted time and support to help the underserved with engineering assistance.

When determining an appropriate sentence, the Court must find a solution that is "sufficient, but not greater than necessary."

As noted in his written statement, he has brought shame to his family and has damaged a reputation involving 40 years of hard work as a civil engineer and at times, a public servant. He will likely lose his license to practice as a civil engineer, a lifetime goal after immigrating from Ecuador in search of better opportunities.

Rodrigo has indeed learned many lessons from his involvement in this offense. He has channeled his shame and regret into helping others and being a husband and father that his wife and children can be proud of once again.

Particularly in light of recent legislation aimed at reducing the bloated prison system and addressing BOP budgetary problems and overcrowding, it does not make sense to incarcerate a non-violent offender for a lengthy term who has proven his ability and propensity to help others and benefit the community in a tangible manner. Moreover, the cost of incarceration should be factored into whether a sentence is "greater than necessary."

Bureau of Prisons facilities continue to operate at overcapacity with less staff and there has been recent media coverage regarding the resulting dangerous conditions endured by inmates.

Rodrigo has many unique and appreciated skills and talents that have been used to help others and the community. He asks the Court to consider a reduced sentence to allow him to quickly return to supporting his family, his disabled brother who relies only on him, and his extended family, and continue to serve his community.

We hope that the Court will fashion a sentence that is tempered and balanced and considers all of the required factors and meets all of the objectives of sentencing. We further hope that the Court will consider his extraordinary acts of kindness, sincere remorse and acceptance of responsibility, the likely loss of his engineering license, strong employment history, and his low risk of recidivism.

Thank you for your consideration of these important factors and we hope you find it useful in determining your sentencing recommendation.

Respectfully submitted,


Tess Lopez

Sentencing Mitigation Specialist

# PROOF OF PERSONAL SERVICE

<u>U.S. v. Rodrigo Santos</u>

Nos. 21CR00269-001 SI
21CR00453-001 SI
22CR00345-001 SI

I, the undersigned, declare: I am a citizen of the United States, over the age of eighteen years and am not a party to the within action. My business address is 870 Market Street, Suite 820, San Francisco, CA 94102. I served a true copy of the attached **DEFENDANT'S SENTENCING MEMORANDUM** upon the below named persons at the address given below by personal service on August 15, 2023.

> **Casey Boome**
> **United States Attorney's Office**
> **450 Golden Gate Avenue**
> **San Francisco, CA 94102**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the City and County of San Francisco, CA on the date next given below.

Dated: August 15, 2023

Randall Knox