1

2　ISMAIL J. RAMSEY (CABN 189820)
　United States Attorney
3　MICHELLE LO (NYRN 4325163)
　Chief, Civil Division
4　VIVIAN F. WANG (CABN 277577)
　Assistant United States Attorney
5

6　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102-3495
7　　Telephone: (415) 436-7431
　　Fax: (415) 436-6748
8　　Vivian.Wang@usdoj.gov

9　Attorneys for the United States of America

10

11　　　　　　　UNITED STATES DISTRICT COURT

12　　　　　　NORTHERN DISTRICT OF CALIFORNIA

13　　　　　　　　SAN FRANCISCO DIVISION

14　UNITED STATES OF AMERICA,　　　　Case Nos. 21-CR-00268-SI-1
　　　　　　　　　　　　　　　　　　　　　　21-CR-00453-SI-2
15　　　　　Plaintiff,　　　　　　　　　　22-CR-00345-SI-1

16　　　　　v.　　　　　　　　　　**DECLARATION OF MANIK BOWIE IN**
　　　　　　　　　　　　　　　　　　**SUPPORT OF UNITED STATES' OPPOSITION**
17　RODRIGO SANTOS,　　　　　　　　**TO DEFENDANT'S MOTION FOR STAY OF**
　　　　　　　　　　　　　　　　　　**SELF-SURRENDER**
18　　　　　Defendant.

19

20　　　　I, Manik Bowie, declare:

21　　　　1.　　I am employed as a Supervisory Paralegal Specialist in the United States Attorney's

22　Office for the Northern District of California, 450 Golden Gate Avenue, Box 36055, San Francisco,

23　California 94102.

24　　　　2.　　I am assigned to the Financial Litigation Program ("FLP"), which is responsible for the

25　collection of civil debts owed to the United States and for the collection of criminal fines and restitution.

26　I have worked in the FLP of the United States Attorney's Office for the Northern District of California

27　for approximately 13 years.

28

3. I make this declaration of my own knowledge, and if called to testify to the contents of this document, I could do so competently.

4. In the course of carrying out my responsibilities to monitor and enforce the collection of criminal debts, I frequently communicate and coordinate with the Clerk's Office of the District Court.

5. On numerous occasions, I have worked with the Clerk's Office to address situations in which a defendant claims to have made a restitution payment directly to the victim and seeks to have the Clerk's Office give them credit for such payment against their criminal restitution liability. To my understanding, the policy of the Clerk's Office is that in order for the defendant to receive credit in such situations, absent a court order, the victim must submit to the Clerk's Office a signed letter on the victim's letterhead containing the following information: the defendant's case number, confirmation of the amount the victim received from defendant, the date the payment was received, and, if possible, a copy of the payment instrument.

6. To my understanding, the Clerk's Office may also credit a defendant's criminal liability balance pursuant to a court order. For example, if a case involves numerous victims such that it is not feasible to obtain verification from all victims that the defendant paid them directly, the United States Attorney's Office, at its discretion, and upon receiving sufficient proof of the defendant's direct payments to victims, may stipulate to a proposed order that the Clerk's Office should credit a defendant for the direct payments.

7. FLP highly discourages defendants from making restitution payments directly to victims because the processes required for the defendant to obtain credit from the Clerk's Office can be quite onerous for all parties involved. While FLP may attempt to assist when feasible, it is ultimately the defendant's responsibility to ensure that the victim provides the required verification letter to the Clerk's Office.

I declare that the foregoing is true and correct under penalty of perjury. Dated this 28th day of November, 2023 at San Francisco, California.

_____
MANIK BOWIE

2