UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

          Plaintiff,

    v.

RODRIGO SANTOS,

          Defendant.

Case No. 21-cr-00453-SI-2

**ORDER DENYING DEFENDAT SANTOS'S MOTION FOR EMERGENCY STAY OF SELF-SURRENDER**

Re: Dkt. No. 101

Before the Court is defendant Santos's emergency motion for stay of self-surrender. Dkt. No. 101. The government opposes. Dkt. No. 104. Having reviewed the relevant briefing, the Court hereby DENIES the emergency motion. Mr. Santos shall self-surrender as previously ordered no later than 2:00pm on Friday, December 1, 2023.

    **IT IS SO ORDERED**.

Dated: November 29, 2023

SUSAN ILLSTON
United States District Judge