UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTOS,<br><br>        Defendant. | Case Nos. 21-cr-00268-SI-1<br>21-cr-00453-SI-2<br>22-cr-00345-SI-1<br><br>**AMENDED JUDGMENT RE: ORDER OF RESTITUTION PAYMENTS** |

Defendant Rodrigo Santos owes criminal monetary penalties in the three-above referenced cases in the following amounts:

1. In Case No. 21-cr-00268-SI-1, a total of $1,496,396.24, comprised of a $1,100 assessment and $1,495,296.24 in restitution, plus interest. *See* Dkt. No. 89. This is restitution owed to the bank fraud victims.

2. In Case No. 21-cr-00453-SI-2, a total of $113,918.71, comprised of a $100 assessment and $113,818.71 in restitution, plus interest. *See* Dkt. Nos. 103, 108. This is restitution owed to the San Francisco Department of Building Inspection ("DBI").[1]

3. In Case No. 22-cr-00345-SI-1, a total of $1,301,511.43, comprised of a $500 assessment and $1,301,011.43 in restitution, plus interest. *See* Dkt. No. 35. This is restitution owed to the IRS.

The Court issues this amended judgment to specify the manner and schedule according to which the above-listed restitution is to be paid pursuant to 18 U.S.C. § 3664.

---

[1] $18,518.76 of the restitution owed to DBI is joint and several restitution with defendant Bernard Curran, 21-cr-00453-SI-1.

Restitution will be paid <u>first</u> to the bank fraud victims, <u>second</u> to the San Francisco Department of Building Inspection, and <u>third</u> to the IRS. <u>Any interest accrued will also be attributed to payment for restitution</u>, to be distributed in the same order. The individual bank fraud victims are to be paid in full before DBI receives restitution payments. DBI is then to be paid in full before the IRS receives restitution payments.[2]

Santos owes restitution to approximately 208 bank fraud victims in Case No. 21-cr-00268-SI-1. The parties have stipulated to credits for some of these bank fraud victims based on direct payments Santos made to approximately 79 of these victims in 2021 to 2022. *See* Dkt. No. 102 of 21-cr-00268-SI-1. The bank fraud victims are to be paid restitution on a pro-rated basis and accounting is directed to account for the credits the parties have stipulated to in Dkt. No. 102.[3]

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 15, 2024

_____
SUSAN ILLSTON
United States District Judge

---

[2] This is consistent with the parties' stipulated order re priority of restitution payments to victim the Internal Revenue Service at Dkt. No. 105 of 21-cr-00268-SI-1.

[3] The Court understands that the normal procedure is for all individual victims to get paid equally to ensure that each individual victim receives some payment from each payment made by Santos.